United States District Court
for the District of Columbia

Samuel Murray
55 M Street N.W. #206
Washington, D.C. 20001
(202) 438-5343

vs.

**FILED**

NOV 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER  1:06CV02013

JUDGE: Henry H. Kennedy

DECK TYPE: Employment Discrimination

DATE STAMP: 11/27/2006

JURY
ACTION

Department of Youth Rehabilitation Services
1000 Mount Oliver Road, N.E.
Washington, D.C. 20002

Court Name: District of Columbia
Division: 1
Receipt Number: 4616088473
Cashier ID: tforrest
Transaction Date: 11/27/2006
Payer Name: S MURRAY

CIVIL FILING FEE
  For: S MURRAY
  Amount:       $350.00

MONEY ORDER
  Check/Money Order Num: 43540854588
  Amt Tendered: $350.00

Total Due:    $350.00
Total Tendered: $350.00
Change Amt:   $0.00

06-2013

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged.  A
$45 fee will be charged for a
returned check.

Complaint

- o Sexual Harassment
- o Hostile Work Environment
- o Discrimination
- o Unfair Labor Practice

## Final Complaint

I, Samuel Murray, is requesting a trial by jury on the four complaints: Sexual Harassment, Hostile Work Environment, Discrimination, and Unfair Labor Practice. I am also requesting from the Freedom of Information Act a copy of DHS, Office of Investigation and Compliance, report prepared by Donald D. Chambers, on Ms. Monica Bennett to be included in the facts of this case.

In conclusion, I want to be compensated, to the fullest amount, on each count proved guilty, this includes sick leave, annual leave, and medical fees restoration

Samuel Murray

Samuel Murray
55 M Street N.W. #206
Washington, D.C.
20001

I Samuel Murray to add with my file I was put for leave retraction but I had never been counsel all of my leave was approval by Mr. Adams forman, I was sent home for three days personal said I refuse to tak an order from Mr Morgan, I have on tape what mr morgan wanted me to do. I Samuel Murray want to add that I'm the only person out of (24) worke employee that had to report to mr Morgan singly me out from all others there has never been report or record my were about of days, time as stated

06-2013
H HHK

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

**I (a) PLAINTIFFS**

Samuel murray

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 11001
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER

**DEFENDANTS**

Department of Youth Rehabilitation

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

CASE NUMBER  1:06CV02013

JUDGE: Henry H. Kennedy

DECK TYPE: Employment Discrimination

DATE STAMP: 11/27/2006

JURY ACTION

---

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
  Plaintiff

☐ 3 Federal Question
  (U.S. Government Not a Party)

☐ 2 U.S. Government
  Defendant

☐ 4 Diversity
  (Indicate Citizenship of Parties
  in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

☐ **A. Antitrust**

☐ 410 Antitrust

☐ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

☐ **E. General Civil (Other)** OR ☐ **F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| □ **G.** *Habeas Corpus/ 2255* | ☑ **H.** *Employment Discrimination* | □ **I.** *FOIA/PRIVACY ACT* | □ **J.** *Student Loan* |
|---|---|---|---|
| □ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | ☑ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| □ **K.** *Labor/ERISA (non-employment)* | □ **L.** *Other Civil Rights (non-employment)* | □ **M.** *Contract* | □ **N.** *Three-Judge Court* |
|---|---|---|---|
| □ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting & Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-Employment<br>□ 446 Americans w/Disabilities-Other | □ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment & Enforcement of Judgment<br>□ 153 Recovery of Overpayment of Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☑ 1 Original Proceeding   □ 2 Removed from State Court   □ 3 Remanded from Appellate Court   □ 4 Reinstated or Reopened   □ 5 Transferred from another district (specify)   □ Multi district Litigation   □ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

---

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS □ ACTION UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint **JURY DEMAND:** ☑ YES   □ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   □ YES   ☑ NO   If yes, please complete related case form.

DATE 11/27/06   SIGNATURE OF ATTORNEY OF RECORD   *Daniel Murray*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint.  You may select only one category.  You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.



N:\forms\js-44.wpd

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Samuel Murray**
**55 M Street, N.W., Apt. 206**
**Washington, DC 20001**

From: **Washington Field Office - 570**
**1801 L Street, N.W.**
**Suite 100**
**Washington, DC 20507**

[ ] *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **10C-2005-00144** | **David Gonzalez,**<br>**State & Local Coordinator** | **(202) 419-0714** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of **this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Dana R. Hutter* (signature)

**AUG 2 8 2006**

Enclosure(s)

**Dana Hutter,**
**Director**

*(Date Mailed)*

cc: **Vincent Schiraldi**
**Dept. Of Youth Rehabilitation Services**
**1000 Mount Olivet Road, N.E.**
**Washington, DC 20002**

February 27, 2002

Note to Samuel Murray file,

On February 27, 2002 I made a complained to Mr. Lawrence Purnell about Ms. Monica Bennett unprofessional behavior toward me. Ms. Bennett stated, "*I do not like men, I can't stand men, they are all the same, they are just like my boyfriend; he left to go on vacation to Florida and did not take me.*" I ignored Ms. Bennett and continued to learn my new position.

Later that day Ms. Bennett was training me to do the court run when she shouted in a loud voice —"*watch out for the wall*" she ran to the back of the bus laughing to the officers (Officer Briggs and Officer Simmons). First, I secured the bus by placing it in park with the brakes-on and than I explained to Ms. Bennett, "*if you don't calm down and stop screaming and shouting than you will have to drive the bus since I cannot learn under these conditions*", otherwise we can continue with this training. She agreed to stop shouting and we completed the training.

Upon returning to Oak Hill, I went directly to Mr. Purnell's office to voice my complaint and to inform him that I was resigning as a result of Ms. Bennett unprofessional conduct. Mr. Purnell asked that I reconsider my position and he assured me that he would talk with Ms. Bennett.

The next day, Mr. Purnell informed the Motor Pool staff that Ms. Bennett will no longer supervise the drivers. From this day forward drivers must report to Mr. Granville and Mr. Purnell.

# MEMORANDUM

**TO:**      Samuel Murray
             Motor Vehicle Operator

**FROM:**    Monica Bennett
             Supervisory Motor Vehicle Operator

**DATE:**    May 28, 2002

**SUBJECT:   LETTER OF WARNING**

---

This memorandum serves as a warning of your unacceptable behavior on Wednesday, May 28, 2002. At approximate 12:45 p.m., you were asked to take a government vehicle through inspection. Your response was "no" I will do it tomorrow, at which time you got on the bus and left with Mr. Washington, Motor Vehicle Operator who was assigned to the court run.

I informed Mr. Purnell, Facilities Manager that I asked you to take a vehicle through inspection and instead you refused and left on the court run. Mr. Purnell attempted to contact you however it was of no avail.

Mr. Murray you are hereby reminded, if you are given instructions to performed duties related to your job during your duty hours. You are to follow the instructions unless you have received an assignment from Mr. Purnell or Mr. Adams. If so, you are to inform me immediately for verification.

Mr. Murray you are reminded that you are currently serving a 1-year probationary period. Any further violations could result in your immediate termination.

Should you have questions you may feel to direct your concern to Mr. Purnell

Cc:    Lawrence Purnell
       Granville Adams
       YSA/Personnel Folder
       FMS/File

April 3, 2002

Note to Samuel Murray file,

At 1:45 p.m. Ms. Monica Bennett asked me if I would drive a vehicle from Oak Hill, Laura MD thru inspection on Half Street SW in Washington, DC in 2 hours.  I informed Ms. Bennett that I am scheduled to drive the 4 o'clock court bus and it would be pushing it to close for me to drive a vehicle thru inspection in 2 hours and return back to Oak Hill by 4:00.  I explained to Ms. Bennett since the court run is my first priority I should take the vehicle thru inspection early the next business day.  Ms. Bennett agreed the vehicle should wait until tomorrow.

That evening when I return from the 4 o'clock court run I found a letter on my desk from Ms. Bennett stating that I was being written-up for insubordination and that she is reminding me that I am a term employee (for one year) that I could be terminated at any time and this will not be tolerated.  After Ms. Bennett agreed that the vehicle could be inspected the following day -- the letter documented something totally different.

The next day, John Stevenson and Mr. Purnell met with me to discuss the letter Ms. Bennett wrote threaten me about my job.  Mr. Purnell apologized for Ms. Bennett behavior and the letter was removed from the files.

D.C. STANDARD FORM 1199-A
D.C. OFFICE OF PERSONNEL

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## NOTIFICATION OF CHARGE TO ABSENCE WITHOUT OFFICIAL LEAVE
### (AWOL)

**To:**

| **Samuel Murray** | **January 28, 2004** |
|---|---|
| (Name Of Employee) | (Date) |

**Dept. Of Human Services**
(Department)

**Oak Hill Youth Center**
(Organizational Unit)

You are hereby notified that you have been placed in an absence without leave (AWOL) status and will not received pay for the period(s) indicated below:

**DATE(S) AND TIME OF AWOL**
Wednesday, January 28, 2004

**TOTAL HOURS OF AWOL**
8 AWOL

**REASON(S) FOR THIS ACTION**

Mr. Murray did not receive immediate Supervisor's approval.

**Issue By:**

| **Monica Bennett** | **February 4, 2004** |
|---|---|
| (Supervisor's Signature) | (Date) |
| (Signature of Employee) | (Date) |

January 29, 2004

To Whom It May Concern:

This is my first incidence with Ms. Monica Bennett concerning annual leave discrepancies. While working on the *snow detail* at the Oak Hill Youth center under Mr. Grandville Adams, Ground Maintenance Foreman Supervisor, for three days straight I, Samuel Murray, requested to take compensatory time on Wednesday, January 28, 2004 and Mr. Grandville signed the SF71 form authorizing me to take comp time. Upon returning to work on Thursday, January 29, 2004 I received the SF71 back from Ms. Monica Bennett stating Mr. Grandville Adams was not authorized to sign for motor vehicle operators.

On February 4, 2004 I received an absence without official leave (AWOL) notice from Ms. Monica Bennett -- it was then discovered that Mr. Grandville Adams had signed Ms. Monica Bennett SF71 forms on numerous occasion and this incidence was dropped.

I am request that this mistake be removed from my personnel folders at Oak Hill Youth Service Administration and DC Government office of personnel 441office.

SF 71
Revised 1/79
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, S 2-4                                                                                                           71-112

## APPLICATION FOR LEAVE

**INSTRUCTIONS: Please complete Items 1-8 after reading the Privacy Act Statement shown below.**

| 1. Name (Print or type—Last, First, M.I.)                                          | 2. Employee I.D. Number |
|---|---|
| *Murray Samuel*                                                                    | *248 168 805* |

| 3. Organizational Unit *USDA OAS* | | 4—A FROM: | Month *1* | Day *28* | Hour *1200* | A.M. P.M. | 4—C |
|---|---|---|---|---|---|---|---|

| 5. I hereby request (If more than one box is checked, explain in Item 6.) | | 4—B TO: | Month *1* | Day *28* | Hour *2030* | A.M. P.M. | Total Number of Hours *8* |
|---|---|---|---|---|---|---|---|

**☐ Annual Leave.** (Annual leave requested may not exceed the amount available for use during the leave year.)

**6. Remarks:**

**☐ Sick Leave.** (Complete reverse side of form.)

**☐ Leave Without Pay.**

**☐ Compensatory Time.**

**☐ Other. (Specify)**

| 7. Employee's Signature *Samuel Murray* | 8. Date *1-28-04* |
|---|---|

## OFFICIAL ACTION ON APPLICATION

| ☐ Approved | ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.) | Signature (Annual leave approved may not exceed the annual available for use during the leave year.) | Date (Month, Day, Year) |
|---|---|---|---|
| *Samuel Murray* | ✗ *Denied* | *Grand* | *1-28-04* |

*per John Manuel — Adams not author
1/29/04 4:00p —                                    to sign for motor vehicle*

*NSN 7540-00-633-5061*

April 2, 2004

To whom it may concern,

I, Samuel Murray have documented these comments to reflect an error that was made by my supervisor Ms. Monica Bennett. On Monday, March 29, 2004 I reported to CPR training from 8:30 until 12:30 at the Oak Hill Youth center library. As a result of attending training I was scheduled to work from 8:30 – 4:30. Since classed ended early I decided to take two hours of compensatory time. Acting Director, John Manuel and his secretary Ms. Lydia contacted Ms. Monica Bennett and she approved the comp time by phone. **The next day Ms. Monica Bennett denied the use of my comp time stating she needed 24 hour request in advance.** In addition to the sudden denial of comp time the actual amount of time taken was incorrect.

As a result of this misunderstanding Ms. Monica Bennett has placed me on "*absence without leave (AWOL)*" which was placed in my personal folder. The correct solution would have been to allow me to use annual leave instead of placing me on AWOL. I am request that this mistake be removed from my personnel folders at Oak Hill Youth Service Administration and DC Government office of personnel 441 office.

07/19/2005  13:33    202283090                                      PAGE  02/02

March 3, 2004

To whom it may concern,

On March 3, 2004 I, Mr. Samuel Murray, reported into Mr. John Manuel's office to request three (3) hours of compensatory time when Ms. Lydia McDaniel contacted Mr. Manuel requesting approval which he did approve my request. Ms. Lydia immediately contacted Ms. Monica Bennett and she agreed to the compensatory leave request.

_____          7/19/05
Ms. Samuel Murray                          DATE

_____          7/19/05
Ms. Lydia McDaniel                         DATE

D.C. STANDARD FORM 1199-A
D.C. OFFICE OF PERSONNEL

To:  **Samuel Murray**                                    **March 29, 2004**
_____          _____
(Name Of Employee)                                      (Date)

**Dept. Of Human Services**
_____
(Department)

**Oak Hill Youth Center**
_____
(Organizational Unit)

You are hereby notified that you have been placed in an absence without leave (AWOL) status and will not received pay for the period(s) indicated below:

**DATE(S) AND TIME OF AWOL**           **TOTAL HOURS OF AWOL**

Monday, March 29, 2004                            3 AWOL

2:00PM-5:00 PM

**REASON(S) FOR THIS ACTION**

Mr. Murray did not receive immediate Supervisor's approval.

Issue By: _Monica Bennett_                          **April 2, 2004**
_____          _____
(Supervisor's Signature)                              (Date)

_Employee Refused to Sign_                    4/2/04
_____          _____
(Signature of Employee)                               (Date)

DISTRIBUTION:  WHITE – EMPLOYEE COPY                    PINK – SUPERVISOR (FILE COPY)
               CANARY – ATTACH YO FORM 251, TIME AND ATTENDANCE REPORT
GREEN – OFFICIAL PERSONNEL FOLDER COPY                  GOLDENROD – UNIT TIME AND LEAVE CLERK

D.C. STANDARD FORM 1199-A
D.C. OFFICE OF PERSONNEL

## GOVERNMENT OF THE DISTRICT OF COLUMBIA

## NOTIFICATION OF CHARGE TO ABSENCE WITHOUT OFFICIAL LEAVE (AWOL)

| | | |
|---|---|---|
| TO: | Samuel Murray | 3/29/04 |
| | (Name of Employee) | (Date) |
| | YSA | |
| | (Department) | |
| | Transportation Unit | |
| | (Organizational Unit) | |

You are hereby notified that you have been placed in an absence without leave (AWOL) status and will not receive pay for the period(s) indicated below:

**DATE(S) AND TIME OF AWOL**          **TOTAL HOURS OF AWOL**

March 29, 2004                                              3

1:30 to 4:30

**REASON(S) FOR THIS ACTION**

Absence without offical leave

ISSUED BY: _____         3/31/04
                    (Supervisor's Signature)                    (Date)

RECEIVED BY: _____         _____
                        (Signature of Employee)                    (Date)

TEDP    **GOVERNMENT OF THE DISTRICT OF COLUMBIA TIME AND ATTENDANCE**    BATCH NUM. 00074    JA0    01457

248458305    MURRAY, SAMUEL    AIA  63 143 341 10/30/04

0280    1689 B01 RW 05703 07 03 4

02-08-06    03-24-05    10-02-04

NON PAID    3.80  02-25-02    70.0    37.0    5.7

CERTIFIED CORRECT - SUPERVISOR

| | REGULAR | | | PREMIUM PAY | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | OVERTIME | | | | HOLIDAY | | | | SUNDAY | | | |
| 4% | 8% | 25% | TYPE OF WORK | 4% | 8% | 25% | | 4% | 8% | 25% | | 4% | 8% | 25% | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

REGULAR                    OT                    HOLIDAY

PD 948    NW 948                NW 961                NW 948                    

PD 955    NW 955        PD 961    NW 955            NW 961        

PD 962    NW 962        PD        PD        

| | REGULAR | | | PREMIUM PAY | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | OVERTIME | | | | HOLIDAY | | | | SUNDAY | | | |
| 4% | 8% | 25% | TYPE OF WORK | 4% | 8% | 25% | | 4% | 8% | 25% | | 4% | 8% | 25% | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

REGULAR                    OT                    SUNDAY

**GOVERNMENT OF THE DISTRICT OF COLUMBIA TIME AND ATTENDANCE**

BATCH NUM. 00_7  AGCY. RESP. CTR. JA0  SEQ. NO. 06691

| GROUP | SOCIAL SECURITY NUMBER | NAME OF EMPLOYEE | CB | ORG. CODE | PAY PERIOD ENDING |
|---|---|---|---|---|---|
| 2 | 248456305 | MURRAY, SAMUEL | AIA | 63 143 341 | 04/03/04 |

FLSA CODE 3289  DUTY HOURS 1648  SVC. CD. 801  SERIES RW 05703  GR. 07  ST. 03

SERVICE YY-MM-DD 02 04 09  NTE DATE 03-24-04  LV BAL DATE 03-06-04

LV COMP DT 02-25-02  ANN 64.0  SICK 46.0  FLSA COMP 87.0

**REMARKS:**

FIRST SHIFT
REG. 601: 4000  ND 611: 3200

SECOND SHIFT

THIRD SHIFT

FIRST SHIFT
REG. 901: 3700  REG. 902: 1000  ND 911: 1200

SICK USED 458: 400  FLSA COMP USED 641: 800  LWOP 461: 300

GRAND TOTAL 599: 11480

April 6, 2004

To whom it may concern,

I, Samuel Murray reported to work on Monday, April 6, 2004 and noticed a memo addressed to the *Motor Vehicle Operators* stating a schedule change. This memo was dated Thursday, April 1, 2004 however; the memo was never shared with the staff by the fleet supervisor, Ms. Monica Bennett. I was on approved leave on Friday, April 2, 2004 and a new work scheduled was created without my knowledge requesting me to work on Saturday, April 3, 2004. This routine scheduled was changed without an advance notice. The driver who is scheduled to work Saturday *always* get Monday off.

If I was informed by my supervisor Ms. Monica Bennett that I, Samuel Murray was scheduled to work Saturday, April 3, 2004 than why did Ms. Bennett approve my annual leave, it should have been an official day off to offset the sudden change of the work schedule. This change was made after April 1, 2004 without my knowledge.

As a result of this supervisory error a written memorandum was put into my personnel folder. I am request this mistake be removed from my personnel folders at Oak Hill Youth Service Administration and DC Government office of personnel 441office.

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**DEPARTMENT OF HUMAN SERVICES**

Youth Services Administration



## MEMORANDUM

TO:        Motor Vehicle Operators

FROM:    Monica Bennett
         Fleet Supervisor

DATE:    April 1, 2004

SUBJECT:    Transportation Schedule

---

Effective immediately, please adhere to the following transportation schedule for
Saturday, April 3, 2004

Samuel Murray is scheduled to work
Keith Washington is scheduled off
Perry Monroe is scheduled off

CC. John Manuel
    Acting Deputy Administrator for Secure Programs

*I Samuel Murray came into work on the week of ~~Monday~~ 4-6-04, at that time there was a letter on the table of a new schedule. I Samuel was off Fri Sat & Sun I was on leave 4-2-04 4-3-04 4-4-04 fri 4-2-0*

Samuel Murray                                                                June 7, 2004

Motor Vehicle Operator

On occassion, I report to work as early as 8:00 a.m. to assist other departments and I received compensation time for the work performed. My duties consist of the following: (Assist maintenance department)

- 12:00 Court run on occasion
- Take vehicles to inspection on occasion
- Pick-up vehicle from DPW on occasion
- Cutting grass
- Snow removal
- Assist plumbing department:
  o Heavy equipment operation
- Assist painting department:
  o Patching walls
- Assist warehouse department:
  o Unloading box truck
- Provide front office with transportation
- Transport meals to Unit 6
- Deliver water and food to Central Processing Unit (CPU) twice a week
- 4:30 Court Run consist of:
  o Report to Control 5 for court instructions
  o Pick-up Correction Officers
  o Pick-up out placement resident male
  o Report to Unit 6 for outplacement females residents
  o Make trips to BWI airport on occasion
  o Make trips to Psycho Institution Ward (PIW)
  o Make trips to D.C. General Hospital on occasion
  o Pick-up resident from courthouse
    ▪ At Risk resident
    ▪ Green-line resident
  o Report to Control 5 to drop-off court documents
  o Transport committed resident to drop-off point (7A-9B)
  o Transport resident to 10-A:
    ▪ Green-line resident
    ▪ Over-nite resident
    ▪ At Risk resident
- Prepare documentation daily:
  o Trip logs
  o Incidence report

NOTE: Saturday and Holiday I report to work at 8:00 to transport resident to court. My tour ends at 4:30. Please be informed, I am transporting at Risk resident using a vehicle that is not suitable to transport these resident. Oak Hill is in violation of a court order when I transport these residents and regular population in the same vehicle.

Department of Human Services
Youth Services Administration
Transportation Division
8300 Riverton Court
Laurel, Maryland 20724


On Wednesday, October 6, 2004 at approximately 11:45 a.m., myself (Edward
Green, Mechanic, Fleet Management), Perry Monroe, Motor Vehicle Operator and
Samuel Murray, Motor Vehicle Operator were having a conversation in the
Transportation Office. Ms. Bennett came in, jumped into the conversation then
proceeded to make sexual comments about what was written on the side of Mr.
Murray's pants. As she was making these sexual comments she ran her hand up
and down the side of his pants.


*Edward R. Green*

**Signature**

*10-15-2004*

**Date**

October 20, 2004

STATEMENT:

On October 6, 2004 at approximately 11:45 a.m. to 12 noon, Mr. Edward Green, Fleet Management Mechanic, myself and Mr. Samuel Murray, Motor Vehicle Operator were having a conversation in general about Mr. Murray's trip out of town.

Ms. Bennett walks into the motorpool and started talking to Mr. Murray about the pants he was wearing. She said, "you got the pimp juice" and touched Mr. Murray's pants on his leg and hip. Mr. Murray said, "What are you doing and what is the pimp juice?" Ms. Bennett replied, "When you have an orgasm all over someone's face." I got up from where I was sitting and walked out of the office.

The statement is true and correct to the best of my knowledge.

_Perry Monroe_  10-20-04

Mr. Perry Monroe
Motor Vehicle Operator
Transportation Division
Youth Services Administration

Larry Keith Washington
6818 Asset Drive
Landover, Md 20785

Government of the District of Columbia
Office of Investigative and Compliance
Investigator Chambers

    I reported to work on April 22nd, 2002 as a Motor Vehicle Operator at Oak Hill
Youth Center for the Department of Human Services, Youth Services Administration.
I was assigned to the Transportation Unit. Ms Monica Bennett was my immediate super-
visor. Ms Bennett reported to Mr. Granville Adams (Foreman-Maintenance). Mr. Adams
reported to Mr. Larry Purnell (Facility Manager). That was the chain of command. How-
ever, I was informed by Mr. Purnell that Ms. Bennett was only in charge of vehicles and
not Transportation staff. Primarily because of Ms. Bennett's inability to communicate
effectively with staff. As time evolved I noticed that Ms. Bennett's management skills
was substandard and at times did not exist. Ms. Bennett was given several assignments
Mr. Purnell and Mr. Adams and the tasks were never completed within a timely manner.
I assisted Ms. Bennett with many tasks, I assumed the lead in completing many tasks
because of Ms. Bennetts' shortcomings. I was entrusted to compile reports and interact
with other agencies within (DC Gov't). Many employees from other agencies preferred
to speak with me rather than Ms. Bennett, because of her lack of professionalism. Mr
Dick Devers submitted a letter to his Department's Director in complaint of Ms. Bennett.
Restricting her from that agency. Once during Ms. Bennett's absence I was appointed by
Mr. Purnell to perform her duties. Upon Ms. Bennett's return, Mr. Purnell stated at a staff
meeting; "Ms. Bennett, how is it that Mr. Washington perform his duties as well as yours
and completes them and leave on time without overtime"? Ms. Bennett is routinely late
and alters her time/punch card. On many occasions Ms. Bennett has performed overtime
duties without offering overtime to other staff. Ms Bennett engages in sexual conversations
with male co-workers and staff. I had often told Ms. Bennett that I would not like to hear nor
discuss any conversations of a sexual nature with her or anyone else. I had many meetings
with Management Staff concerning Ms. Bennett's behavior. Many Management Staff knew
of Ms. Bennett's lack of management skills and nothing was ever done in light of many
complaints. I was often told to perform duties that were not in my job description; trans-
porting staff to and from the Greenbelt Metro station. Ms. Bennett created a hostile work
environment. Ms. Bennett had a bad habit discussing personal matters of staff members with
others. These are some of the problems I've encountered working with Ms. Bennett as a
Supervisor and Youth Services Administration. I was so outraged by gross mismanagement
by the Senior Staff and their lack of professionalism in dealing with Ms. Bennett, I searched
for other employment. Had the Staff addressed these issued, I would have never left. If Ms.
Bennett is relocated or replaced I would love to return to Youth Services Administration.

LARRY K. WASHINGTON is/are
personally known to me or has/have produced
MD /DL                    as identification.
                          Notary Public
My Commission Expires    9/30/08

# Memorandum

**To:**     Edward York,
            Deputy Administrator

**From:**   Samuel Murray
            Motor Vehicle Operator

**Date:**   10/12/2004

**Re:**     Sexual Harassment and Hostile Work Environment

---

On Wednesday, October 6, 2004 around 11:40 a.m. my supervisor, Monica Bennett, approached Mr. Perry Monroe, Mr. Edward Green and me. She stated, I like what you are wearing and then she made sexual comments in reference to the name that was printed on the suite *"Pimp Juice"*. Although I never made any comments to Ms. Bennett she continues with graphic details concerning sexual conducts in her opinion of the name *"Pimp Juice"*.

Four hours later, Ms. Bennett requested that I immediately report to Mr. Mike DeBose office to discuss the dress code and I implied Ms. Bennett, *"I am doing the 4:00 court run. Will there be union representation at this meeting?"* and she replied, *"No! You will not need it."* Needless to say, Ms. Bennett drove Mr. Mike DeBose to the Oak Hill Security office - Control 5 where I waited for security staff. I approached the vehicle and asked if they still wanted to meet with me? And Ms. Bennett said, *"No!"*

Before leaving Oak Hill Security office – Control 5 Mr. Henry Davis asked me to report to his office and he stated, "Ms. Bennett asked me to observe your clothing before you leave for the 4:00 court to see if you were dressed properly." Mr. Henry Davis said, *"I see nothing wrong with your clothing – you can leave now to do the court run."*

This is not my first time experiencing unprofessional behavior from my immediate supervisor Ms. Monica Bennett. I have attached copies of other incidences to this memo. My overall request is to work under professional leadership and be removed from under Ms. Monica Bennett leadership. Please take necessary action to resolve these issues sexual harassment and hostile work environment.

cc:

Anthony A. Williams
Neil Albert
Robert C. Bobb
Yvonne D. Gilchrist
Marceline D. Alexander
Corey Askew



# GOVERNMENT OF THE DISTRICT OF COLUMBIA
# DEPARTMENT OF HUMAN SERVICES



**Youth Services Administration**

## MEMORANDUM

**TO:**          Motor Vehicle Operators

**FROM:**        Monica Bennett
                 Fleet Supervisor

**DATE:**        November 5, 2004

**SUBJECT:**     Security of Transportation Unit

---

This is a reminder to keep all government vehicles, keys locked and secured at all times. Upon departing the transportation unit turns off all lights, appliances, secure all doors, and lock main yard gate.

Thank you for your cooperation.

CC.  S. Elwood York, Jr.
     Deputy Administrator for Secure Programs
     Monica Bennett
     Fleet Supervisor

# Memorandum

**To:**    Edwood York,
           Deputy Administrator

**From:**  Samuel Murray,
           Motor Vehicle Operator

**Date:**  11/28/2004

**Re:**    Harassment Complaint

---

I am writing to file a second complaint against my supervisor, Ms. Monica Bennett. I am enduing harassment from Ms. Monica Bennett after filing a *Sexual Harassment* and *Hostile Work Environment* complaint on October 12, 2004.

As a precaution I ask employees to escort me whenever Ms. Monica Bennett is alone in the Motor Pool office. The first incidence occurred when Ms. Monica Bennett held the keys to the court vehicle causing me to be delayed. These delays affect my job performance restricting me from reporting on-time to Oak Hill Control-5 to pick-up YCO officers, Outplacement Residents, Central Processing Unit (CPU), JM Marshall office and At-Risk. On several occasions I have requested the assistance of Mr. Oliver Parker to obtain the keys from Ms. Monica Bennett.

The second incidence occurred the same as the first incidence when Mr. Oliver Parker had to assist me again with retrieving the keys from Ms. Monica Bennett (see the attached procedures).

The third incidence occurred when Ms. Monica Bennett left hand-written notes on my time cards recording my leave (sick and annual) this information was made public.

Once again I am asking management to resolve these issues that are taking place at Oak Hill, Motor Pool office.

cc:

Mr. Anthony A. Williams
Mr. Neil Albert
Mr. Robert C. Bobb
Ms. Yvonne D. Gilchrist
Ms. Marceline D. Alexander
Mr. Corey Askew

**Purnell, Lawrence (YSA)**

| | |
|---|---|
| **From:** | York, Elwood (YSA) |
| **Sent:** | Tuesday, November 30, 2004 7:30 PM |
| **To:** | Purnell, Lawrence (YSA); Bennett, Monica (YSA) |
| **Cc:** | Alexander, Marceline (YSA); Back, Mark (YSA); Askew, Corey (YSA) |
| **Subject:** | Re assignment of Monica Bennet |
| | |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

Pursuant to the need to comply with the EEO office's request for separation of Ms. Bennet from her complainant, I am herein reassigning Ms. Bennet to YSC to assist in the inventory and transportation needs. You are now assigned to manage the transport unit until further notice. Thank you in advance for your valuable time and concern.

16303

3/758-5529

1




<u>**Synopsis of Respondents Position In the Matter of:**</u>

**Samuel Murray v. DC Department of Youth Rehabilitation Services (DYRS)**
**Docket No. 05-190-DC (CN)**
**EEOC No.: 10CA500144**

**In the following synopsis, you are referred to as Complainant; the DYRS is referred to as Respondent. Pleases provide a response to each of the numbered items listed below, and number your responses to correspond to Respondent's contentions.**

1.  **Please rebut Respondent's contention that:**

    Complainant alleges that in an isolated incident, his supervisor made lewd comments about his apparel, and ran her hand on his buttocks and up and down his leg. Complainant further alleges that his supervisor retaliated against him by making it look as if he was not doing his job. His sole example rested with the assertion that his supervisor withheld the keys to a vehicle from him causing him to be late in transporting the clients to their court appointments.

    It is Respondent's position that even if the isolated incident occurred, which Respondent does not agree that it did, the conduct was not severe or pervasive enough to adversely affect Complainant's work environment.

2.  **Please rebut Respondent's contention that:**

    Complainant raised his allegation of sexual harassment only after Respondent determined that the Complainant's job performance was unsatisfactory. Specifically, Complainant failed to deliver official District government mail for several days. As a result of Complainant's poor performance, Respondent's Interim Deputy Administrator for Secure Programs made the decision in August 2004 that Complainant should not be converted to a permanent position. This occurred well before the allegation of sexual harassment.

    Furthermore, it is Respondent's position that, but for the pending sexual harassment investigation, Complainant would have been terminated upon the expiration of his temporary appointment.

3.  **Please rebut Respondent's contention that:**

    Without doubt, Complainant's decision to wear clothing with the terminology "pimp juice" when he would be transporting troubled youth was inappropriate. Respondent acknowledges that the supervisor used poor judgment in chastising Complainant in front of other employees. However, the supervisor's actions did not rise to the level of an abusive working environment predicated on unlawful sexual harassment.

Date: 7/25/05

Synopsis of Complainants Response to the Respondents Position In the Matter of:

Samuel Murray v. DC Department of Youth Rehabilitation Services (DYRS)
Docket No 05-190-DC (CN)
EEOC No.: 10CA500144

<u>Response #1</u>

Please note, the incident was not isolated, it occurred in the presence of other employees that verified the incident via written statements. This incident was an assault, insult and offensive.

Complainant had the assistance of retrieving keys to the vehicle on several occasions from the Supervisor, Monica Bennett via Mr. Oliver Parker who was an assistant to Mr. Corey Askew, the administrator of Support Services at the Youth Services Administration now DYRS.

<u>Response #2</u>

This act should not have occurred prior to or after the fact of the complaint and my evaluation throughout my tenure of employment, I have never received an UNSATISFACTORY evaluation. Please be advised that I have yet to review this evaluation prepared by the supervisor. I was only made aware of the status of an evaluation by allegations recorded in the EEOC documents.

I was asked by Larry Purnell, Manager, to do another employee's assignment only for four hours in the morning as compensatory time. This particular employee that I was to have covered for was on vacation, namely Frank Bolden. Firstly, I was never trained on this new mail run. It was understood by Mr. Purnell that I would have never completed a daily mail run due to my other duties to fulfill since this was only a part-time coverage. Based upon what was written in the EEOC records that a decision was made in August 2004 by the Interim Deputy Administrator for Secure Programs, Mr. Elwood York, I was never reprimanded nor was any action filed regarding the mail run assignment, so therefore, this allegation regarding poor performance, etc. never occurred.

It appears that the Respondents position to terminate my position was already a preconceived decision and an act of harassment.

Response #3

There is no assigned uniform for such position so therefore, in lieu of my choice and definition of attire was non-offensive. It was presentable, neat, and non-abrasive to the youth population and the employees at the work place.

The Respondent took it upon herself to place her hand on the pocket area of the buttocks while commenting about the label on my trousers and discovering that the label was made of leather. She proceeded to offend and assault me while making lewd comments of what it meant in a continuous fashion of running her hand up and down my leg.

The Respondent, being the supervisor has admitted her poor usage of judgment in chastising the complainant in front of other employees. First of all, chastisement was never the issue because it never occurred in front of others. Please be advised what did occur was that the Respondent insulted, assaulted, offended, humiliated and embarrassed me in front of my colleagues. Others took offense to her actions and verbalizations of which their written statements depict her mannerism and validating this complaint of sexual harassment in a hostile working environment was an illegal act on the part of the Respondent.

The Respondent has been in violation of the EEOC request regarding separation of Complainant up to this present time and has been notified on occasion by administrators to remove herself from the Central Administration Building. Recently, the administration had to ask the Department of Corrections- Security Gate of Oak Hill Youth Center to not allow her to be on the grounds.

**TABI** GOVERNMENT OF THE DISTRICT OF COLUMBIA TIME AND ATTENDANCE

BATCH NUM. 004

| AGCY. RESP. CTR. | SEQ. NO. |
|---|---|
| JAC | 08702 |

| GROUP | SOCIAL SECURITY NUMBER | NAME OF EMPLOYEE | CB | ORG. CODE | PAY PERIOD ENDING |
|---|---|---|---|---|---|
| 2 | 246456305 | MURRAY, SAMUEL | AIA | 63 143 341 | 08/31/04 |

| FLSA CODE | DUTY HOURS | SALARY RATE | SVC. CO. | SERIES | GR. | ST. | LV. CAT. |
|---|---|---|---|---|---|---|---|
| 0280 | 1689 | B01 RW 05703 | 07 | 03 | 4 |

SERVICE YY-MM-DD: 02 05 27    NTE DATE: 03-24-05    LV BAL DATE: 07-24-04

LV COMP DT: 02-25-02

LEAVE BALANCES: ANN 90.0   SICK 49.0   FLSA COMP 45.7

NON PAID 3.00

TK. PHONE # 30 426-020

CERTIFIED CORRECT - SUPERVISOR

REMARKS: 35.91 on file  O.T. auth 8-21-04

| DUTY HOURS | | TIME IN PAY STATUS | | | | | | | | | | | | | AVER. O.T. | COMP. EARN. | | ANNUAL | SICK | COMP. | LWOP (L) AWOL (A) SUSP (S) | MIL. | OTHER | REST LV | ABSENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | TO | REGULAR | O.T. | HOL. | SUN. PREM. | N.D. | O.T. | HOL. | SUN. PREM | N.D. | O.T. | HOL. | SUN. PREM. | | | BAL | 94 55 | | | | | | | FROM | TO | INIT. |
| | | | | | | | | | | | | | | | | ADD. | 4 5 | | | | | | | | | |
| | | 8 | | | | 8 | | | | | | | | | | AV. | 98 57 | | | | | | | | | |
| | | 8 | | | | 8 | | | | | | | | | | MON. | | | | | | | | | | |
| | | 8 | | | | 8 | | | | | | | | | | TUE. | | | | | | | | | | |
| | | 8 | | | | 8 | | | | | | | | | | WED. | | | | | | | | | | |
| | | 8 | | | | 8 | | | | | | | | | | THU. | | | | | | | | | | |
| | | | | | | | | | | | | | | | | FRI. | | | | | | | | | | |

| FIRST SHIFT | | SECOND SHIFT | | THIRD SHIFT | | | | AVG. OT | AVG. OT |
|---|---|---|---|---|---|---|---|---|---|
| PAID | NON WORK | PAID | NON WORK | PAID | NON WORK | | | | |
| REG. 601 | REG. 602 | ND 611 | ND 612 | ND 621 | ND 622 | HOL1 607 | | PD 631 | NW 632 |
| 400 | | 400 | | | | | | | |
| O/T 604 | O/T 605 | O/T 614 | O/T 615 | O/T 624 | O/T 625 | HOL2 617 | | COMP PD 634 | 635 |
| | | | | | | | | | |
| SUN PREM 608 | SUN PREM 609 | SUN PREM 618 | SUN PREM 619 | SUN PREM 628 | SUN PREM 629 | FURLOUGH 627 | | FLSA REG FIRE 637 | FLSA OVER 638 |
| | | | | | | | | | |

| DUTY HOURS | | TIME IN PAY STATUS | | | | | | | | | | | | | AVER. O.T. | COMP. EARN. | ANNUAL | SICK | COMP. | LWOP (L) AWOL (A) SUSP (S) | MIL. | OTHER | REST LV | ABSENT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | TO | REGULAR | O.T. | HOL. | SUN. PREM. | N.D. | O.T. | HOL. | SUN. PREM | N.D. | O.T. | HOL. | SUN. PREM. | | | | | ANNUAL | SICK | COMP. | | | | | FROM | TO | INIT |
| | | 8 | | | | 8 | | | | | | | | | 4 | | | | | | | | | | |
| | | 8 | | | | 8 | | | | | | | | | 4 | MON. | | | | | | | | | |
| | | 8 | | | | 8 | | | | | | | | | 4 | TUE. | | | | | | | | | |
| | | 8 | | | | 8 | | | | | | | | | 4 | WED. | | | | | | | | | |
| | | 8 | | | | 8 | | | | | | | | | | THU. | | | | | | | | | |
| | | | | | | | | | | | | | | | | FRI. | 8 | | | | | | 120 3030 | | |
| | | | | | | | | | | | | | | | | ADJ. | | | | | | | | | |
| TOTAL | | 40 | | | | | | | | | | | | | | TOT. | 8 | | | | | | | | |
| | | | | | | | | | | | | | | | | BAL | 678 | 41 | | | | | | | |

| FIRST SHIFT | | SECOND SHIFT | | THIRD SHIFT | | | | AVG. OT | AVG. OT |
|---|---|---|---|---|---|---|---|---|---|
| PAID | NON WORK | PAID | NON WORK | PAID | NON WORK | | | | |
| REG. 901 | REG. 902 | ND 911 | ND 912 | ND 921 | ND 922 | HOL1 907 | | PD 931 | NW 932 |
| 400 | 80 | 400 | | | | | | | |
| O/T 904 | O/T 905 | O/T 914 | O/T 915 | O/T 924 | O/T 925 | HOL2 917 | | COMP PD 934 | 935 |
| | | | | | | | | 160 | |
| SUN PREM 908 | SUN PREM 909 | SUN PREM 918 | SUN PREM 919 | SUN PREM 928 | SUN PREM 929 | FURLOUGH 927 | | FLSA REG FIRE 937 | FLSA OVER 938 |
| | | | | | | | | | |

| ANN USED 457 | SICK USED 458 | FLSA COMP USED 641 | LWOP 461 | COMP TAKEN AS CASH 643 | 644 | 645 |
|---|---|---|---|---|---|---|
| | 80 | | | | | |

| ADMIN PREM 282 | EXTRA DUTY PAY 243 | TOTAL DOLLARS 246 | GRAND TOTAL 599 | TERM LEAVE 595 |
|---|---|---|---|---|
| | | | 1920 | |

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF HUMAN SERVICES

REQUEST FOR AUTHORIZATION OF OVERTIME WORK

COMMISSION/ADMINISTRATION/OFFICE

DATE 8/23/04

| NAME | SOCIAL SECURITY NO. | TITLE | GRADE | DATE(S) | TIME FROM | TO | NO. OF HOURS | P OR C* |
|------|---------------------|-------|-------|---------|-----------|-----|-------------|---------|
| Samuel Murray | 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 | M/O | 7.3 | 8/10/04 | 8ᵃᵐ | 12:00 ᵖᵐ | 4 | C |
| | 8305 | | 7.3 | 8/17/04 | 8ᵃᵐ | 12:00 | 4 | C |
| | 8305 | | 7.3 | 8/18/04 | 8:00 ᵃᵐ | 12:00 | 4 | C |
| | 8305 | | 7.3 | 8/19/04 | 8:00 ᵃᵐ | 12:00 | 4 | C |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

* Indicate Paid (P) or Compensatory Time (C)

JUSTIFICATION: The purpose of this overtime work, which cannot be accomplished during the regular working hours, is:

MM #1 RMM

JUSTIFICATION: For Overtime in excess of 20 hours this pay period:

Frank Bolden on A/L

Signature: _____

REPORT OF EMERGENCY OVERTIME WORK

I certify that the above name employee(s) worked overtime.. This was not authorized in advance because it was impracticable or impossible to receive prior authorization due to the following emergency:

REQUESTED BY: _____    TITLE: _____    DATE: _____

AUTHORIZED BY: _____    TITLE: Exec. Mgr.    DATE: 8-20-04

DHS - 78 (Rev. 7/86)    White; Payroll Office    Yellow; Authorizing Official    Pink; Timekeeper

MADE IN U.            RIM 1261 (C-3000)

**NO.**                          PAY END. 8/21

NAME MR. MURRAY.

BALANCE DUE SHOWN BELOW IS CORRECT AND RECEIPT IS ACKNOWLEDGED.

SIGNATURE

| | DAILY TOTALS |
| | R.T. HOURS O.T. |

| | |
|---|---|
| 04 AUG TH 19 P 8:21 ■ | |
| 04 AUG TH 19 A11:29 ■ | |
| 04 AUG WE 18 P 8:41 ■ | |
| 04 AUG WE 18 A 9:58 ■ | |
| 04 AUG TU 17 P 8:13 ■ | |
| 04 AUG MO 16 P 8:51 ■ | |
| 04 AUG FR 13 P 8:00 ■ | sign in |
| 04 AUG FR 13 A11:54 ■ | |
| 04 AUG TH 12 P 8:11 ■ | sign in |
| 04 AUG WE 11 P 8:42 ■ | |
| 04 AUG WE 11 P 8:12 ■ | |
| 04 AUG WE 11 A11:54 ■ | |
| 04 AUG TU 10 P 8:45 ■ | |
| 04 AUG TU 10 A11:34 ■ | |
| 04 AUG MO 9 P 8:46 ■ | |
| 04 AUG MO 9 A11:55 ■ | |

W.T. _____ STATE T. _____
F.I.C.A. _____ CITY T. _____
S.D.I. _____ BONDS _____ TOT. EARN. _____
INS. _____ OTHER _____ TOT. DED. _____
HOSP. _____ AMT. DUE _____

August 3, 2005                          **HAND DELIVERED TO ATTORNEY**

I, Samuel Murray, submit this letter reflecting chronological notes of events beginning with Wednesday, July 27th, 2005.

- I was informed by Mr. Wayne Morgan, Logistics Manager of DYRS in Laurel, MD that I was no longer to clock in and out of the motor pool area. Leave slips are not to be signed off by Mr. Lawrence Purnell, Facilities Manager any longer nor am I to receive any further work instructions or assignments. Furthermore, this delegation was not presented by Human Resources in a letter form.

- On the 29th of July, Mr. Morgan instructed me to obtain a letter from my physician reiterating what I can and can not do regarding workload expectations because of injury and that I can not stay in this department and work light duty. It was informed by Mr. Purnell to Ms. Goodwin, HR Manager that it was at the discretion of a Manager to assign other duties to appropriate health and workload expectations. This is not an uncommon practice within the agency. On several occasions employees have worked other duties assigned after experiencing injury on the job.

- Please note that two notes were given prior reflecting that I would have to go on light duty. This presentation of physician notation has been scrutinized and challenged when proof has been given more than once.

- Monday, August 1, 2005, I had spoken to Mustaafa Dozier, Special Advisor-Labor Relations in the Director's Office who had informed me that I did not have to get a physicians note as requested by Mr. Morgan and then the conversation was turned around by Mr. Dozier requesting that I drop my case regarding Monica Bennett since he was representing her by way of asking me, "what would it take for me to drop the case?" This had nothing to do with the issue at hand regarding my work assignment. Mr. Morgan later questioned my status about the physicians note with threats to not sign off on any time and attendance until I bring in the requested and I was also told not to come into work until I did. He then gave a personal opinion stating, "I do not know why you are trying to collect a pay check and wait on a settlement, your lawyer can make sure you are compensated for loss wages, or you could have taken up a claim with workmen comp, I am not going to pay you to come to work and do nothing Sam." I immediately had informed him what Mr. Dozier had stated. Mr. Morgan telephoned Mr. Dozier to confirm the meeting and statement and Mr. Dozier said that I was a term employee but union and can file a grievance. Mr. Morgan's above quoted statement was made to me and Mustaafa Dozier about work comp and pay check. Once term issue was conveyed, Mr. Dozier suggested that I be left alone until "these matters" have been resolved and let Samuel be allowed to

come to work. Mr. Morgan communicated to me that I still needed to get the requested information from my physician.

- I also had communicated to Mr. Morgan that I had facilitated duties within the agency in the last three last years along with others doing other assignments in the past where others were assigned in these agencies with appropriate duties due to injuries and it should not be a problem for me.

- This note is reflecting, harassment, retaliation, discrimination and unfair labor practice. There have been other employees that have resigned and re-hired as permanent employees and yet, I have been a term employee going on four years. The Mayor has signed a labor ruling that after a term employee has completed a one year term, the employee must be converted into a permanent employment status.

_____

Samuel Murray


cc:     White House – President George W. Bush
        Congressman Representative
        Mayor Anthony Williams
        Deputy Mayor Neil Albert
        City Administrator Robert Bobb
        Councilmember Fenty
        Councilmember Gray
        Vincent N. Schilraldi, Director

# Memorandum

Date:    October 7, 2005

To:      Anthony Williams, Mayor of the District of Columbia

From:    Samuel Murray

Subj     Hostile Work Environment and Discrimination Complaint

1.   I, Samuel Murray, making a formal complaint on unjust treatment that I am receiving from my manager, Mr. Wayne Morgan, who is on a detail from the Department of Housing. Upon returning from an on-the-job injury I was placed on light duty by my physician. On several occasions I was harassed and threatened to be sent home until my doctor provides a new doctor's slip stating in detail what I can and cannot do. On July 27, 2005, Mr. Mustaafa Dozier, Labor Relation representative, informed Mr. Morgan that he could not send me home because as a permanent employee I could file a grievance against the department.

2.   Once Mr. Morgan realized he was unable to send me home, he immediately started harassing me about my work performance. Not once did he counsel me or evaluate my performance. Instead Mr. Morgan singled me out by barring me from working in the warehouse, watching my work performance, monitoring my lunch breaks, checking my timecard daily, refusing to approve work related leave for administrative duties, changing my tour of duty and making derogatory statements in front of co-workers as well as first line managers.

3.   The reason I am filing this complaint is to request that Mr. Morgan stop the threats, discrimination and hostile work environment and submit my work through official work order sheet. On October 3, 2005, once again, I was publicly threatened to be sent home in front of Mr. Robert Gary, mail carrier. There are several departments that I have worked in throughout the administrative office as well as Oak Hill facilities. I have never been disciplined nor have I ever refused an assignment from management. I am requesting an investigation from the Mayor's office on these matters of unfair treatment. If any additional information is needed, I may be reached at (240) 508-1320. Thank you.

# MEMORANDUM

**TO:**         **Samuel Murray**
                  **Motor Vehicle Operator, MASS**

**FROM:**      **Lawrence A. Purnell**
                  **Facility Manager, MASS**

**DATE:**       **February 14, 2005**

**SUBJECT:**    **CHANGE IN DUTY HOURS**

**Effective Monday, February 14, 2005, your normal tour of duty will be from 6:00 a.m. to 2:30 p.m.**

**There will be occasions where you will be required to do the noon and evening runs. Because of staff shortage, the staff has been reduced to you and Mr. Garrett.**

**Thank you for your support.**

**Cc: John Manuel**
     **Granville Adams**
     **Candance Featherstone**
     **File**

# EFFECTIVE AUGUST 8, 2005

# NEW WORK SCHEDULES

## 5:00 AM TILL 1:30 PM

**Frank Foreman**
**Lewis Franck**

## 6:00 AM TILL 2:30 PM

**Austin Williams**
**Steve Reigle**
**Doug Slater**
**Phil Graf**
**Keith Washington**
**Carl Mathews**
**Perry Monroe**
**Terrence Lewis**

## 7:30 AM TILL 4:00 PM

**Albert Jones**
**Granville Adams**
**Sam Murray**
**Tim Cox**
**Calvin Brown**
**Wendell Cavin**
**Fred Mudd**
**John McCray**
**Alvin Durham**
**Brenda Swann**

6-11-05        Grace Lopes    Phone#
                              240-508-1320

On June 11, I Samuel had
a meeting with Human Rights ana
case date 10, 6, 04 after the meeting I went
back to work an gave Mr Adams
(worman) a leave slip. At that time
                                at that time

Mr Adams said to mr Morgan
sam need a dd meditration leave for
to day. Mr Morgan comment to
Mr Adams an Mr Purnell farcilti manger,
that he wouldn't sign anything
for Sam) because that his presonal bussing
Mr Adams an Mr Purnell said know Mr Morgan
it's a job related case. Mr Morgan then
           o work →

Said that he didn't
        to Mr Adams an Mr Purnell I'm
not anything for him (Samuel)
let miss stin it sign fer him because
I'm not. At that time I Samuel
went to personal an miss Laver
                             Laver call
Mr Mustaafa Poziar an he sent a
fax of the meeting. I Samuel went to
Mr Adams an showed him the fax an Mrs
Adams sign the leave slip

Onlc, agian I'm showing that
Mr Morgan only do this to Me (Samuel)

D.C. STANDARD FORM 1199-A
D.C. OFFICE OF PERSONNEL

## GOVERNMENT OF THE DISTRICT OF COLUMBIA

## NOTIFICATION OF CHARGE TO ABSENCE WITHOUT OFFICIAL LEAVE
## (AWOL)

TO: *Samuel Murray*                    *Jan. 20, 2006*
     (Name of Employee)                    (Date)

     *LSS/Facilities*
     (Department)

     *DYRS*
     (Organizational Unit)

You are hereby notified that you have been placed in an absence without leave (AWOL) status and will not receive pay for the period(s) indicated below:

**DATE(S) AND TIME OF AWOL**                **TOTAL HOURS OF AWOL**

*Jan. 19, 2006    7:30 - 4:00*                          *8*

### REASON(S) FOR THIS ACTION

*Sam had not previously requested or had approved sick nor annual leave. Sam was phoned on his Govt. phone @ 9:30 am and directed to report to work. Sam did not report to work or call after the message.*

ISSUED BY: _____          *Jan. 20, 2006*
            (Supervisor's Signature)                    (Date)

RECEIVED BY: _____          _____
               (Signature of Employee)                    (Date)

*Sam refused to accept*

DISTRIBUTION:    WHITE—EMPLOYEE COPY                    PINK—SUPERVISOR (FILE COPY)
             CANARY—ATTACH TO FORM 251, TIME AND ATTENDANCE REPORT
       GREEN—OFFICIAL PERSONNEL FOLDER COPY        GOLDENROD—UNIT TIME AND LEAVE CLERK

82—3353-P

D.C. STANDARD FORM 1199-A
D.C. OFFICE OF PERSONNEL

# GOVERNMENT OF THE DISTRICT OF COLUMBIA

## NOTIFICATION OF CHARGE TO ABSENCE WITHOUT OFFICIAL LEAVE (AWOL)

TO: _Samuel Murray_                   _Jan. 20 2006_
        (Name of Employee)                    (Date)

_LSS / Facilities_
        (Department)

_DYRS_
    (Organizational Unit)

    You are hereby notified that you have been placed in an absence without leave (AWOL) status and will not receive pay for the period(s) indicated below:

**DATE(S) AND TIME OF AWOL**                    **TOTAL HOURS OF AWOL**
_Jan. 20, 2006    7:30 - 11:42_                        _4_

**REASON(S) FOR THIS ACTION**
_Sam did not report to work at his scheduled time. I waited until 8:30 am and telephoned Sam. I left a message for Sam to report to work immediately or he would be considered AWOL._

ISSUED BY: _Michael A. Flag_                    _Jan. 20, 2006_
        (Supervisor's Signature)                    (Date)

RECEIVED BY: _____        _____
        (Signature of Employee)                    (Date)

_Sam refused to accept._

**DISTRIBUTION:**   **WHITE—EMPLOYEE COPY**         **PINK—SUPERVISOR (FILE COPY)**
            **CANARY—ATTACH TO FORM 251, TIME AND ATTENDANCE REPORT**
     **GREEN—OFFICIAL PERSONNEL FOLDER COPY**    **GOLDENROD—UNIT TIME AND LEAVE CLERK**

82—3353-P

NO. *19*

PAY END. *1/31/06*

NAME *S. Murray*

BALANCE DUE SHOWN BELOW IS CORRECT AND RECEIPT IS ACKNOWLEDGED.

**SIGNATURE**

C3000

| | DAILY TOTALS R.T. HOURS O.T. |
|---|---|

W.T. _____ STATE _____
F.I.C.A. _____ CITY T. _____
S.D.I. _____ BONDS _____ TOT. EARN _____
INS. _____ OTHER _____ TOT. DED. _____
HOSP. _____ AMT. DUE _____

---

**APPLICATION FOR LEAVE**

71-112

11-71
Revised 2-70
OFFICE OF PERSONNEL MANAGEMENT
FPM Supph. 990-2, S 2-6

INSTRUCTIONS: Please complete Items 1-8 after reading the Privacy Act Statement shown below.

1. Name (Print or type—Last, First, M.I.)
*Murray Samuel*

2. Employee I.D. Number
*8-305*

3. Organizational Unit
*OURS*

5. I hereby request (If more than one box is checked, explain in Item 6.)

☐ Annual Leave (Annual leave requested may not exceed the amount available for use during the leave year.)

☐ Sick Leave. (Complete reverse side of form.)

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other. (Specify)

| | 4-A | Month | Day | Hour | |
|---|---|---|---|---|---|
| FROM: | | *1* | *17* | *7:30* | ☐ A.M. ☑ P.M. |
| 4-B | TO: | *1* | *19* | *4:00* | ☑ A.M. ☐ P.M. |

6. Remarks

7. Total Number of Hours
*28 hr*

7. Employee Signature
*Keith Price & Assoc*
*Samuel Murray*

8. Date (Month, Day, Year)
*1-22-06*

**OFFICIAL ACTION ON APPLICATION**

☐ Approved

☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.)

Signature - "Annual leave approved may not exceed the amount available for use during the leave year."

Date (Month, Day, Year)

NSN 7540-00-753-5067

NO. **14**

PAY END.

NAME **S. Murray**

BALANCE DUE SHOWN BELOW IS CORRECT AND RECEIPT IS ACKNOWLEDGED.

**SIGNATURE**

C.3000

| | DAILY TOTALS |
| | R.T. HOURS O.T. |
|---|---|

| | |
|---|---|
| 06 JAN FR 20 P 4:07 | |
| 06 JAN FR 20 0:11:42 | |
| 06 JAN FR 17 P 4:00 | |
| 06 JAN FR 17 0 8:??? | |
| 06 JAN TH 12 P 4:01 | |
| 06 JAN TH 12 0 7:15 | |
| 06 JAN WE 11 P 4:00 | |
| 06 JAN WE 11 0 7:14 | |
| 06 JAN TH 10 P 4:04 | |
| 06 JAN TH 10 0 8:15 | |
| 06 JAN MO 9 P 4:02 | |
| 06 JAN MO 9 0 7:15 | |

| W.T. | STATE | | |
|---|---|---|---|
| F.I.C.A. | CITY T. | | |
| S.D.I. | BONDS | TOT. EARN. | |
| INS. | OTHER | TOT. DED. | |

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**Department of Youth Rehabilitation Services**



*CC: Fitzgerald Fa*
*9/14/2005*

**MEMORANDUM**

| | |
|---|---|
| **TO:** | **Samuel Murray**<br>**Motor Vehicle Operator** |
| **THRU:** | **Carolyn P. Stennett**<br>**Chief Administrative Officer** |
| **FROM:** | **Wayne Morgan**<br>**Interim Program Manager**<br>**Logistical Support Division** |
| **DATE:** | **August 2, 2005** |
| **SUBJECT:** | **Light Duty** |

You recently submitted additional medical documentation from James Yan, M.D. further restricting you from performing the duties of your position as Motor Vehicle Operator with the Department of Youth Rehabilitation Services (DYRS). There are no light duties in DYRS to which you can be assigned and we do not wish to inadvertently assign you duties that may prove to be detrimental to your health and safety.

For those reasons, it is necessary that you use any sick or other leave, including leave without pay, until such time that your physician releases you to perform the full duties of your position. You may contact Evelyn Goodwin, HR Manager concerning use of the leave bank or the voluntary leave transfer program.

---

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**Department of Youth Rehabilitation Services**



<u>**MEMORANDUM**</u>

TO:        **Samuel Murray**
            **Motor Vehicle Operator**

FROM:    **Wayne D. Morgan**
            **Acting Program Manager, Logistical Support Services**

DATE:     **January 18, 2006**

SUBJECT:  **Memorandum of Direction (Leave Restriction)**

---

In accordance with Chapter 16 of the District Personnel Manual (DPM), this constitutes an admonition advising you about specific deficiencies regarding your attendance. You have failed to maintain regular attendance for the past year, and are expected to show immediate improvement in this area. Your failure to maintain regular attendance and to report to work at the proper time has caused an adverse effect on your overall work performance and imposed a hardship upon your co-workers, who must continually absorb your duties when you are absent or late.

Specifically, your leave report reflects the following usage:

| <u>DATE</u> | <u>TIME</u> | <u>REASON</u> |
|---|---|---|
| 02-18-05 | 3 hours | Sick Leave |
| 03-21-05 | 3 hours | LWOP |
| 03-22-05 | 8 hours | LWOP |
| 03-23-05 | 8 hours | LWOP |
| 03-24-05 | 8 hours | LWOP |
| 03-25-05 | 8 hours | LWOP |
| 03-28-05 | 8 hours | LWOP |
| 03-29-05 | 8 hours | LWOP |
| 03-30-05 | 8 hours | LWOP |
| 03-31-05 | 8 hours | LWOP |
| 04-01-05 | 8 hours | LWOP |
| 04-04-05 | 8 hours | Sick Leave |
| 04-05-05 | 8 hours | Sick Leave |

---

Samuel Murray
Letter of Director (Leave Restriction)
January, 18, 2006
Page 3

| | | |
|---|---|---|
| 09-12-05 | 1 hour | Sick Leave |
| 09-14-05 | 1 hour | Sick Leave |
| 09-15-05 | 1 hour | Sick Leave |
| 09-30-05 | 3 hours | Sick Leave |
| 10-03-05 | 8 hours | LWOP |
| 10-04-05 | 8 hours | LWOP |
| 10-05-05 | 8 hours | LWOP |
| 10-06-05 | 8 hours | LWOP |
| 10-07-05 | 8 hours | LWOP |
| 10-24-05 | 8 hours | Sick Leave |
| 11-05-05 | 2 hours | Sick Leave |
| 11-14-05 | 8 hours | LWOP |
| 11-18-05 | 1 hour | LWOP |
| 12-01-05 | 8 hours | Sick Leave |
| 12-07-05 | 6 hours | LWOP |
| 12-13-05 | 2 hours | LWOP |
| 12-14-05 | 8 hours | LWOP |
| 12-15-05 | 8 hours | LWOP |
| 12-16-05 | 8 hours | LWOP |
| 12-19-05 | 2 hours | Sick Leave |
| 12-30-05 | 1 hour | Sick Leave |
| 01-03-06 | 3 hours | Sick Leave |
| 01-04-06 | 1 hour | Sick Leave |
| 01-05-06 | 8 hours | Sick Leave |
| 01-06-06 | 8 hours | Sick Leave |

Since our discussions regarding this matter have failed to effect any improvement in your attendance, effective immediately, you are being placed on leave restriction and are directed as follows:

## TARDINESS

You are to report to work each workday as scheduled. Your official tour-of-duty is 7:30 AM – 4:00 PM. Chronic tardiness is inexcusable. Should you anticipate being late, you are to call me at (202) 438-2403 at the beginning of the workday and advise me of this fact and the reason. Your reason for being late may be subject to excused absence or an appropriate charge to leave. Absence Without Leave (AWOL) will be charged for tardiness if you fail to call me and state the reason, or the reason given is inadequate.

## USE OF ANNUAL LEAVE

All annual leave must be requested and approved by me in advance. Emergency annual leave requests must be kept to a minimum. Should you find it necessary to request emergency annual leave, such a request must be made to me. In my absence, such requests must be directed to

Samuel Murray
Letter of Director (Leave Restriction)
January, 18, 2006
Page 4

Granville Adams, Maintenance Foreman on (240) 456-5046.  If your request for emergency
annual leave is unacceptable you will be directed to report to work and, should you fail to do so,
you will be charged AWOL.

## USE OF SICK LEAVE

Any absence due to illness will require a medical certificate from your doctor, regardless of the
duration of the absence.  Any absence due to illness that is not supported by a medical certificate
attesting to your incapacity for duty will be charged to AWOL.  Sick leave for medical, dental, or
optical appointments must be requested in advance.

## LEAVE WITHOUT PAY (LWOP)

Please be advised that authorization of Leave Without Pay (LWOP) is a matter of administrative
discretion; it is not an employee's right.  With a few exceptions, employees cannot demand to be
granted LWOP.

## ABSENCE WITHOUT OFFICIAL LEAVE (AWOL)

You will be notified in writing of the date(s), time involved, the number of hours of each date,
and the reason(s) for any AWOL charge.  Also, please be advised that frequent AWOL charges
will result in disciplinary action, including removal, if appropriate.

## DURATION OF LEAVE RESTRICTION ENTITLEMENTS

You will remain on leave restriction for a period of ninety (90) calendar days from the date of
this memorandum.  At the end of the leave restriction period your attendance will be re-
evaluated.  You may submit a written response to me to clarify, expand on, or take exception to
any of the statements contained in this letter, you may respond in writing within two (2)
workdays of receipt.  Any written response received during that time will be filed with this letter
for as long as it is retained by the agency, for up to three (3) years, during which time the letter
and written response, if there is one, may be considered in determining a penalty for any
proposed corrective or adverse action.  This letter may be grieved as provided in Section 1631 of
the DPM.


cc:  Carolyn P. Stennett, Chief Administrative Officer
     Fitzgerald Fant, Human Resources Manager

# Memorandum

**To:**   Edward York,
          Deputy Administrator

**From:**  Samuel Murray
           Motor Vehicle Operator

**Date:**  November 10, 2004

**Re:**   Addendum Report to the Sexual Harassment and A Hostile Work Environment
          Memorandum dated 10/12/2004

---

On October 12, 2004, I submitted a memorandum stating Sexual Harassment and a Hostile
Work Environment. My immediate supervisor Monica Bennett approached a group of
drivers and mechanics in the Motor Pool office. The group was discussing my previous
honeymoon vacation. Ms. Bennett entered the room and approached me and stated
*"Samuel what's that name on the side of your pants?"*, she began to rub her hand up and
down the side my leg and hip, and I stated *"Stop!!"* Then Ms. Bennett stated **"Oh It says
PIMP JUICE"**, you know what that means? I stated, *"What are you talking about?"* Ms
Bennett stated *"PIMP JUICE means when you Sam, have an orgasm on a women face,
and all over her body, so that the women would say "You the Man" with the PIMP
JUICE."* I stated to her *"That's not true Ms. Bennett."* Ms. Bennett than stated, *"That's
what the rapper Nelly sings in his rap song,"* she then left the Motor Pool office to do the
12:00 noon court run.

I felt insulted and embarrassed what my Supervisor Monica Bennett had done and said to
me, in front of my coworkers. I was emotionally hurt and disturbed that my Supervisor had
violated me. I also felt that after returning back to work from my honeymoon, to be
verbally and sexually insulted.

At no time was I in agreement with what Ms. Bennett did and said to me. This statement is
true and correct.

I await your response to this memorandum in a timely manner.

cc:

Mr. Anthony A. Williams
Mr. Neil Albert
Mr. Robert C. Bobb
Ms. Yvonne D. Gilchrist
Ms. Marceline D. Alexander
Mr. Corey Askew

Samuel Murray
Letter of Director (Leave Restriction)
January, 18, 2006
Page 5

## <u>ACKNOWLEDGEMENT OF RECEIPT</u>

_____
**Signature of Employee**

_____
**Date**

_____
**Signature of Witness**

_____
**Date**

_Sam REFUSED TO ACCEPT._

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### Department of Youth Rehabilitation Services



**Office of the Chief of the Chief Administrative Officer**

## MEMORANDUM

TO:        Samuel Murray
           Motor Vehicle Operator

FROM:      Carolyn Stennett
           Chief Administrative Officer

DATE:      January 27, 2006

SUBJECT:   Notice of Admonition (Conduct)

---

The purpose of this memorandum is to officially counsel you regarding your ongoing conduct regarding receiving direct assignments from your immediate supervisory Mr. Wayne Morgan and your disappearances during your normal tour-of-duty. On a number of occasions you have refused to take directives from Mr. Morgan relating to the issuing of daily assignments. You have disappeared on numerous occasions without officially notifying your immediate supervisor of your whereabouts or destination. Such display of behavior is considered unprofessional and insubordination.

Mr. Wayne Morgan, Acting Program Manager, Logistical Support Services will continue to serve as your immediate supervisor. As such, he is responsible for directing and assigning appropriate work duties and tasks according to your position of record. On Tuesday, January 24, 2005 you were sent home for your refusal to accept an assignment from Mr. Morgan. As such, you will not be paid for that day, but your timesheet will reflect a charge of Administrative Leave for January 25, 2005 and January 26, 2005. Failure to accept directives going forward will be construed as insubordinate and will result in disciplinary action.

You are required to report to work on time and remain at your duty location until the end of your tour-of-duty, unless directed by Mr. Morgan. All absences from work must be made in accordance with the leave restriction letter you received on January 18, 2005.

Pursuant to the DPM, chapter 16, Section 1602, this notice of Admonition shall not be made a part of your official personnel folder (OPF), but shall be retained by the agency for not more than three (3) years. If you dispute any of the facts or the conclusion in this memorandum, you may submit, to the originator, in writing your own statements of the facts, with your conclusion, within two (2) workdays of the receipt of this letter.

cc:   Wayne Morgan, Acting Program Manager, LSS
      Fitzgerald Fant, Human Resources Manager
      Shurice Curtis, Union Representative, AFSCME

---

Samuel Murray
Motor Vehicle Operator
Notice of Admonition (Conduct)
January 27, 2006


**ACKNOWLEDGEMENT OF RECEIPT**:


*Employee Refused to sign*  1/27/06

Employee _____        Date _____

Witness _____        Date  Jan 27, 2006

cc:

## Adams, Granville (DYRS)

| | |
|---|---|
| **From:** | Goodwin, Evelyn (DYRS) |
| **Sent:** | Saturday, June 25, 2005 6:51 PM |
| **To:** | Adams, Granville (DYRS); Purnell, Lawrence (DYRS) |
| **Cc:** | Stennett, Carolyn(DYRS) |
| **Subject:** | Sam Murray |
| **Importance:** | High |

Please have Murray resume the mail run. His Dr's statement indicates that he "should not drive public van until further notice." This, to me, does not preclude him from doing the mail runs, especially since he drives to and from work.
Thanks,
Evelyn

Evelyn L. Goodwin, *SPHR, CPM*
Human Resources Manager
Youth Rehabilitation Services
Government of the District of Columbia
Voice - 240.456.5023
FAX - 240.456.5080
evelyn.goodwin@dc.gov


Get Hotbar's Premium Version

MEMORANDUM

To:     Fitzgerald Font, Director
        Human Resources

Fr.     Samuel Murray *Sm*
        Motor Pool

Subj.   Medical Status

Date:   November 17, 2005

I am in receipt of your letter dated November 15, 2005.  After reading the contents, I can only conclude that you are not in possession of all of the relevant information.

Therefore, please allow me the opportunity to supplement your information.  I am not on light duty as stated in your letter.  Mr. Morgan has requested, and I have provided several doctor statements as to the status of my medical condition.  Further, I am not performing the duties and responsibilities of a vehicle operator, as per agreement between my attorney and DYRS.  (Please consult with Mr. Mustafa Dozier for specific details of the agreement.).  The repeated request for doctor's statement every few months by Mr. Morgan is merely harassment.  Further, this matter was discussed with Mr. Dozier, and he instructed Mr. Morgan to leave me alone.  However, Mr. Morgan failed to accept the advice of Mr. Dozier, and decided to utilize your office to continue this harassment.  Mr. Morgan has also failed to provide you with a copy of the enclosed doctor's statement I submitted to his previously.

In the event the above reference information, and enclosed statement is not responsive to your request, I will submit the document to my attorney and my doctor.


Enclosure.

cc:     Carolyn Stennett, CAO
        Mr. Mustafa Dozier

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**Department of Youth Rehabilitation Services**



*Office of Human Resources*

November 16, 2005

Mr. Samuel Murray
55 M Street N.W.
Washington, DC  20001

Dear Mr. Murray:

Your Medical Certifications from Dr. James Yan, M.D., PH.D, Neurology, dated June 6, 2005 and July 8, 2005, regarding your return to duty on light duty status was forwarded to this office for review.

Neither of these slips noted a time frame in which you would be able to return to your full-duty capacity nor did they note what limitations or restrictions, if any, you have in accordance with your position of record with the exception of "no driving" as noted on the notification dated July 8, 2005.

Department of Youth Rehabilitation Services is committed to provide a safe and healthy work environment for all its employees.  Therefore, please have your physician complete the enclosed medical certification form so that we can ensure you are working within the noted parameters.  This form must be completed in its entirety and must indicate what your restrictions and limitations are, if any.  I have also enclosed a copy of your position description for your physician to review that outlines your duties, responsibilities and physical demands.

Please have your physician complete this form at your next appointment scheduled for November 17, 2005.  Please return the completed form to my office by Monday, November 21, 2005.

I may be reached at (202) 456-5023 should you or your physician have any questions.

Sincerely,

*Melinda Morgan-fot*

Fitzgerald Fant
Human Resources Manager

cc:  Wayne Morgan
     Melinda Morgan

---

**8300 Riverton Court, Laurel, MD  20724 • (240) 456-5000 • Fax (240) 456-5060**

## AFRO-AMERICAN COUNSELING & PSYCHOTHERAPY INSTITUTE, INC.
AFRO- AMERICAN GRADUATE SCHOOL OUTREACH COUNSELING CLINIC, INC.

Corporate Office/Washington D.C.
1717 K Street, N.W., Suite 600
Washington, D.C., 20036

Maryland Clinical Office/Maryland Address
8630 Fenton Street, Suite 224
Silver Spring, MD, 20910

November 29, 2005

To Whom It May Concern:
RE: Samuel Murray, **DOB.12-18-61**

This is to inform you that Samuel Murray has been seeing me for professional clinical services. The client presented with an array of anxiety and depressive thought patterns and anxiety and depressive mood, stress, motivational, and physiological symptoms which were interactive.

Close examination was made to determine the origin of the client's symptoms. The initial intake interview, examination, and treatment took place for the client on May 10, 2005. Clinically, the client presents as an Afro-American male. He was dressed casually. His mood was pleasant toward the clinician and he was cooperative. Clinical evidence suggest based on examination of his demeanor that he was receptive to therapy and that there was indeed emotional pain which he wanted to rid himself of as soon as possible. In a word: He wanted the therapy process to begin as soon as possible, as he was expecting that the stress he was encountering as a result of whatever the activating event which was causing his pain to be over as soon as possible.

### OBSERVATIONS AND FINDINGS

After six sessions, the following represents the findings: The paradigm is as follows: "A" represents "activating event in the client's life." "B" represents "beliefs and the self-talk of the client; "C" represents "the consequences" the client manifests in the realm of his emotions, his physiology, and his behavior; "D" represents the "disputes which the client must employ in order to cause his consequences to be modified and/or transformed; "E" represents the "effects of the disputes the client has to institute in his life to reduce the stress."

Employing the formula presented above, the sessions illuminated the following: the "A" in the client's stressful situation has been what amounts to a hostile work environment. Specifically, there is clinical evidence that a female supervisor at his job clearly represented an insidious stressor. She appears to have been a harassing agent. She was the constant insidious stressor. It was insidious stress, because the client could not, "D", dispute his thoughts as he was captive: He had to go to work and, psychologically, he had to try to rationalize an irrational situation. Stress was, and continues to be experience(he now has an aspect of post-traumatic stress) whenever he attempts to be rational about and irrational situation. Now, when he recalls through automatic thoughts what occurred, and which he no control over, he re-experiences the

January 24, 2006

To: Sam Murray

From: Wayne D. Morgan
        Interim Program Manager
        Logistic Support Services

Re: Government Telephone

Mr. Murray:

Please return the Government issued mobile telephone, charger and all accessories in your possession at the meeting on January 27, 2006 at 9:00 am to Wayne D. Morgan. The telephone was issued to you for your protection as well as the youths within our care and custody when you were performing the duties of a Motor Vehicle Operator.

As you are no longer medically cleared to perform the duties of a Motor Vehicle Operator we need this mobile telephone and equipment returned so we may assign the equipment to persons currently serving in the capacity of Motor Vehicle Operators.

Should you have any questions regarding these directions please contact Wayne D. Morgan @ 202.438.2403 prior to the January 27, 2006 meeting.

Thanking you in advance for your assistance.

Wayne D. Morgan
Interim Program Manager
Logistic Support Services

Cc: Fitzgerald Fant
     Carolyn Stennett
     C. Mustafa Dozier
     Personnel File

stress: emotionally, psychologically, spiritually, and physiologically. Therefore, the client continues to need clinical interventions to cope with the socially induced post traumatic stress. It is my professional opinion that this DSM-IV, Axis I diagnosis is positively associated with the reported stressor of the female supervisor at his job. He is now apparently receiving what he believes is residual retaliation from a male manager. He has expressed anxiety about this person's apparent hostile attitude toward him. Given what the client reports to be occurring and the clinical evidence observed, it is concluded that this client will receive treatment for an indefinite period of time to keep him at his optimal level of well-being, as there is now a co-occurring diagnosis of "Acute Stress Disorder.

Respectfully,

Roosevelt Martin Johnson, Ph.D., Licensed
President & Principal Psychotherapist
Professor Emeritus, Psychology & Counseling

## AFRO-AMERICAN COUNSELING & PSYCHOTHERAPY INSTITUTE, INC.
AFRO- AMERICAN GRADUATE SCHOOL OUTREACH COUNSELING CLINIC, INC.

Corporate Office/Washington D.C.
1717 K Street, N.W., Suite 600
Washington, D.C., 20036

Maryland Clinical Office/Maryland Address
8630 Fenton Street, Suite 224
Silver Spring, MD, 20910

January 27th 2006

To Whom It May Concern:

This is to certify that Mr. Samuel Murray is under my professional care for acute stress related to his work setting. On today he received treatment for his work setting acute stress related symptoms.

Respectfully,

Roosevelt Martin Johnson, Ph.D., Licensed
President & Principal Psychotherapist
Professor Emeritus, Psychology & Counseling

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**DEPARTMENT OF HUMAN SERVICES**

ı Services Administration



# <u>MEMORANDUM</u>

**TO**:      Samuel Murray
            Motor Vehicle Operator

**FROM**:    Monica Bennett MB
            Supervisory Motor Vehicle Operator

**DATE**:     April 15, 2003

**SUBJECT**:   **LETTER OF DIRECTION**

This Letter of Direction constitutes an "official warning " to you regarding your violation of YSA 9.11 "Official Use of Government Vehicle". You are hereby reminder that Part V, section, E "Misuse of Vehicles" specially states that *"District owned and leased vehicles shall be used for official business only"*.

Therefore, you are required to review the attached policy on "Official Use of Government Vehicle" and insure that you maintain strict compliance. Any future violation of this policy will result in a corrective or adverse action.

**ACKNOWLEDGEMENT OF RECEIPT**

_____    4/17/03
Employee's Signature           Date

*Lawrence A Purnell*        4-17-03
Witnessed by           Date

C:    Ira Holland         *This letter was taken out*
       Larry Purnell      *of my file later.*
       Alice Holland

8300 Riverton Court, Laurel, MD 20724   (301) 497-8000

*Sam Murray*

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**Department of Youth Rehabilitation Services**



★ ★ ★

*Office of Human Resources*

## MEMORANDUM

| | |
|---|---|
| **TO:** | **See Distribution** |
| **THRU:** | **Carolyn P. Stennett** *Carolyn Stennett*<br>**Chief Administrative Officer** |
| **FROM:** | **Evelyn L. Goodwin**<br>**Human Resources Manager** |
| **DATE:** | **June 15, 2005** |
| **SUBJECT:** | **Use of Time Clocks** |

It has come to our attention that employees in the facilities management group are not using the time clock for its intended purpose. Several employees have failed to clock in and/or clock out on numerous occasions. It is important that each employee who is required to use the time clock, use the clock at the <u>start of and at the end of each shift</u>. It will no longer be acceptable, except in extremely unusual circumstances, for anyone to neglect to clock in or out.

Inasmuch as it will be impossible to accurately determine the time the employee worked, failure to use the clock at the start and/or end of a shift may result in the employee being charged absence without leave (AWOL) for part or all of the shift.

If you have additional questions, I can be reached at 240-456-5023.

cc:   AFSCME Local
     C. Mustaafa Dozier

Memorandum on Use of Time Clocks
June 15, 2005

## DISTRIBUTION

| | |
|---|---|
| Douglas | Slater |
| Terrence | Lewis |
| Alvin | Durham |
| Granville | Adams |
| Franklin | Foreman |
| Lewis | Franck |
| Lawrence | Purnell |
| Albert | Jones |
| Timothy | Cox |
| Carl | Matthews |
| Perry | Monroe |
| Philip | Graf |
| John | McCray |
| Samuel | Murray |
| Frank | Bolden |
| Robert | Garrett |
| Gloria | Pringle |
| Wendell | Cavin |
| Frederick | Mudd |
| Steven | Reigle |
| Calvin | Brown |
| Austin | Williams |
| Ronald | Mack |
| Rhonda | Monroe |

**JAMES YAN, M.D.**
**11119 ROCKVILLE PK #320**
**ROCKVILLE, MD 20852-3143**
**301-468-1997**

Date 01-20-2006

Patient Information
SAMUEL MURRAY
55 M. ST. NW
WASHINGTON DC 20001

TO WHOM IT MAY CONCERN:

I hereby certify the following statements for the patient listed above:

This patient has been under my professional care for CHI WITH NO LOC

This patient has been UNABLE to return to work from 01-17-2006 to 01-19-2006

This patient is allowed to return to work on 01-20-2006

Signed :

JAMES YAN, M.D.

P.1

Standard Form 52
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

# REQUEST FOR PERSONNEL ACTION

## PART A - Requesting Office    (Also complete Part B, Items 1,7-22,32,33,36 and 39)

| 1. Actions Requested | 2. Request Number |
|---|---|
| Pay Rate Change | |

| 3. For Additional Information Call    (Name and Telephone Number) | 4. Proposed Eff. Date |
|---|---|
| | 01-09-2005 |

| 5. Action Requested By    (Typed Name, Title, Signature, and Request Date) | 6. Action Authorized By    (Typed Name, Title, Signature, and Date) |
|---|---|
| | |

## PART B - For Preparation of SF 50    (Use only codes in The Guide to Personnel Data Standards.  Show all dates in month-day-year order.)

| 1. Name  (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| Murray,Samuel | 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 | 12-18-1961 | 01-09-2005 |

### FIRST ACTION / SECOND ACTION

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 894 | Pay Adj | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| 065 | DPM  Chapter 31B Def Termination & Non Pay | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| MOTOR VEHICLE OPERATOR PD: 008719    Position:    00010457 | MOTOR VEHICLE OPERATOR PD: 008719    Position:    00010457 |

| 8.Pay Plan | 9.Occ. CD | 10.Grd/Lvl | 11.Step/Rate | 12.Tot. Salary | 13.Pay Basis | 16.Pay Plan | 17.Occ. CD | 18.Grd/Lvl | 19.Step/Rate | 20.Tot. Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WS | 5703 | 07 | 3 | $16.89 | PH | WS | 5703 | 07 | 3 | $17.49 | PH |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $16.89 | $0 | $16.89 | $0 | $17.49 | $0 | $17.49 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| Department of Human Services Office of City Administrator Dpty May. Chld  Yth  FaM & Eld DHS YSA CAB DHS YSA FACILITIES Laurel MD USA | Department of Human Services Office of City Administrator Dpty May. Chld  Yth  FaM & Eld DHS YSA CAB DHS YSA FACILITIES Laurel MD USA |

## EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|
| 1 | 1-None    3-10 Point/Disability    5-10 Point/Other 2-5 Point    4-10 Point/Compensable    6-10 Point/Compensable/30% | 0-None    2-Conditional 1-Permanent    3-Indefinite | | | YES    X  NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0    Basic + Option C (4x) | 9    Not Applicable | 0    Regular Rate |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 5    Other | 02-25-2002 | F    Full Time | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1    1-Competitive Service 3-SES General 2-Excepted Service  4-SES Career Reserved | N    E-Exempt N-Nonexempt | | |

| 38. Duty Station Code | 39. Duty Station    (City-County-State or Overseas Location) |
|---|---|
| | |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

| 45. Edu. Lvl. | 46. Yr. Degr. Attd | 47. Acad. Discipl. | 48. Func. Class | 49. Citizenship | 50. Veterans Status | 51. Supervisory Status |
|---|---|---|---|---|---|---|
| | | | 00 | 1-USA 8-Other  1 | Not Indic.  1 | 8  Other |

## PART C - Reviews and Approvals    (Not to be used by requesting office.)

| 1. Office/Function | Initials/Signature | Date | 1. Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|
| A. | | | D. | | |
| B. | | | E. | | |
| C. | | | F. | | |

2. Approval: I certify that the information entered on this form is accurate and the proprosed action is in compliance with statutory and regulatory requirements.

| Signature | Approval Date |
|---|---|
| | |

CONTINUED ON REVERSE SIDE                OVER                Editions Prior to 7/91 Are Not Usable After 6/30/93

Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) Murray, Samuel | 2. Social Security Number 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 | 3. Date of Birth 12-18-1961 | 4. Effective Date 02-25-2002 |
|---|---|---|---|

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code 100 | 5-B. Nature of Action Career Appt | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code 001 | 5-D. Legal Authority Sec 1-608.01(a)(5)DC Code Probational or Perm Appt | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number MOTOR VEHICLE OPERATOR PD: 008719    Position: 00010457 |
|---|---|

| 8.Pay Plan | 9.Occ. CD | 10.Grd/Lvl | 11.Step/Rate | 12.Tot. Salary | 13.Pay Basis | 16.Pay Plan WS | 17.Occ. CD 5703 | 18.Grd/Lvl 07 | 19.Step/Rate 3 | 20.Tot. Salary/Award $16.89 | 21.Pay Basis PH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12A. Basic Pay | | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | | 20A. Basic Pay $16.89 | | 20B. Locality Adj. $0 | | 20C. Adj. Basic Pay $16.89 | 20D. Other Pay $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization Department of Human Services Office of City Administrator Dpty May. Chld Yth FaM & Eld DHS YSA CAB DHS YSA FACILITIES Laurel MD USA |
|---|---|

## EMPLOYEE DATA

| 23. Veterans Preference 1 — 1-None  3-10 Point/Disability  5-10 Point/Other / 2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 24. Tenure 1 — 0-None  2-Conditional  1-Permanent  3-Indefinite | 25. Agency Use | 26. Veterans Preference for RIF  YES   X  NO |
|---|---|---|---|
| 27. FEGLI C0  Basic + Option C (4x) | 28. Annuitant Indicator 9  Not Applicable | | 29. Pay Rate Determinant 0   Regular Rate |
| 30. Retirement Plan 5  Other | 31. Service Comp. Date (Leave) 02-25-2002 | 32. Work Schedule F  Full Time | 33. Part-Time Hours Per Biweekly Pay Period |

## POSITION DATA

| 34. Position Occupied 1 — 1-Competitive Service 3-SES General  2-Excepted Service 4-SES Career Reserved | 35. FLSA Category N — E-Exempt  N-Nonexempt | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) | | |

| 40. Agency Data | 41. | 42. | 43. | 44. PAR Number: |
|---|---|---|---|---|

45. Remarks

| 46. Employing Department or Agency District Of Columbia Govt Department of Human Services | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| 47. Agency Code DCGJA | 48. Personnel Office ID BE45 | 49. Approval Date |

Editions Prior to 7/91 Are Not Usable After 6/30/93

1 -    Employee Copy

**POSITION DESCRIPTION** *(Please Read Instructions on the Back)*

| | | | |
|---|---|---|---|
| | | | 1. Agency Position No. |

| 2. Reason for Submission | 3. Service | 4. Employing Office Location | 5. Duty Station | 6. Certification No. |
|---|---|---|---|---|
| ☐ Redescription ☐ Reestablishment ☒ Other | ☐ New ☒ Dept'l ☐ Field | Laurel, Md. | Laurel, Md. | 670500000145 |

Explanation *(show any positions replaced)*
In lieu of all previously established Motor Vehicle Operator, RW-5703-07 within Youth Services Administration RECERTIFICATION

| 7. Position Status | 8. Employment/Financial Stmt Required | 9. Subject to IA Action |
|---|---|---|
| ☒ Career ☐ Excepted ☐ Educational ☐ Executive ☐ Judicial ☐ Other | ☐ Yes  ☐ No | ☒ Yes  ☐ No |

| 10. Position is | 11. FLSA | 12. Competitive Level Code |
|---|---|---|
| ☐ Suprvsry ☐ Managerial ☒ Neither | ☐ Exempt ☒ Non-Exempt | RW-5703-07-02-N |
| | | 13. Agency Use |

| 14. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. Final Agency Authority or designee | | | | | | |
| b. Agency or Servicing Personnel Office | Motor Vehicle Operator | RW | 5703 | 07 | LCN | 5-17-93 |
| c. Intermediate Authority | | | | | | |
| d. Field Office | | | | | | |
| e. Recommended by Supervisor or Initiating Office | Motor Vehicle Operator | RW | 5703 | 07 | | |

15. Organizational Title of Position *(if different from official title)*

16. Name of Employee *(if vacant, specify)*

17. Department, Agency, or Establishment
**Department of Human Serivces**

a. First Subdivision
**Commission on Social Services**

b. Second Subdivision
**Youth Services Administration**

c. Third Subdivision

d. Fourth Subdivision

e. Fifth Subdivision

18. Employee Review. *This is an accurate description of the major duties and responsibilities of my position.*

| Signature of Employee *(optional)* | Date |
|---|---|

19. **Supervisory Certification.** *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information* is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

| a. Typed Name and Title of Immediate Supervisor | b. Typed Name and Title of Higher-Level Supervisor or Manager *(optional)* |
|---|---|
| Signature *Lawrence A Turrell*   Date 5/14/93 | Signature   Date |

20. **Classification/Job Grading Certification.** *I certify that this position has been classified/graded as required by Title 1, D.C. Code, in conformance with official standards or, if no official standards apply directly, consistently with the most applicable official standards.*

21. Standards Used in Classifying/Grading Position
Job Grading Standard for Motor Vehicle Operator, 5703 (TS-61, April 1991)

Typed Name and Title of Official Taking Action
Lewis C. Norman
Asst. Director of Personnel, SPO L.

Information for Employees. *The official standards, and information on their application are available in the personnel office. The classification of the position may be reviewed and corrected by the certifying authority or a designee of the Director of Personnel. Information on classification/job grading appeals, is available from the Personnel Office.*

| Signature *Lewis C Norman* | Date 5-17-93 |
|---|---|

| 22. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee *(optional)* | | | | | | | | | | |
| b. Supervisor | LAW | 5/13/96 | | | | | | | | |
| c. Classifier | LCN | 5-13-96 | | | | | | | | |

23. Remarks

24. Description of Major Duties and Responsibilities *(see attached)*

# POSITION DESCRIPTION *(Please Read Instructions on the Back)*

| | | | | | 1. Agency Position No. |
|---|---|---|---|---|---|

| 2. Reason for Submission | 3. Service | 4. Employing Office Location | 5. Duty Station | 6. Certification No. |
|---|---|---|---|---|
| ☒ Redescription  ☐ New | ☒ Dept'l  ☐ Field | Washington, DC | Laurel, MD | |

**2. Reason for Submission:** ☒ Redescription ☐ New ☐ Reestablishment ☐ Other
Explanation (show any positions replaced)

**3. Service:** ☒ Dept'l ☐ Field

**4. Employing Office Location:** Washington, DC

**5. Duty Station:** Laurel, MD

**7. Position Status:**
☒ Career
☐ Excepted
☐ Educational
☐ Executive
☐ Judicial
☐ Other

**8. Employment/Financial Stmt Required** ☐ Yes ☐ No

**9. Subject to IA Action** ☐ Yes ☐ No

**10. Position is** ☐ Suprvsry ☐ Managerial ☒ Neither

**11. FLSA** ☐ Exempt ☒ Non-Exempt

**12. Competitive Level Code**

**13. Agency Use**

| 14. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. Final Agency Authority or designee | Motor Vehicle Operator | RW | 5703 | 07 | | |
| b. Agency or Servicing Personnel Office | | | | | | |
| c. Intermediate Authority | | | | | | |
| d. Field Office | | | | | | |
| e. Recommended by Supervisor or Initiating Office | Motor Vehicle Operator | RW | 5703 | 07 | | |

**15. Organizational Title of Position** *(if different from official title)*

**16. Name of Employee** *(if vacant, specify)*

**17. Department, Agency, or Establishment**
Department of Youth Rehabilitation Services

**a First Subdivision**

**c. Third Subdivision**

**b. Second Subdivision**

**d. Fourth Subdivision**

**e. Fifth Subdivision**

**18. Employee Review.** *This is an accurate description of the major duties and responsibilities of my position.*

Signature of Employee *(optional)*    Date

**19. Supervisory Certification.** *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information* is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

**a. Typed Name and Title of Immediate Supervisor**

**b. Typed Name and Title of Higher -Level Supervisor or Manager** *(optional)*
Brenda Emanuel, COO

Signature    Date

Signature    Date

**20. Classification/Job Grading Certification.** I certify that this position has been classified/graded as required by Title 1, D.C. Code, in conformance with official standards or. if no official standards apply directly, consistently with the most applicable official standards.

Typed Name and Title of Official Taking Action

Signature    Date

**21. Standards Used in Classifying/Grading Position**

Information for Employees. The official standards and information on their application are available in the personnel office. The classification of the position may be reviewed and corrected by the certifying authority or a designee of the Director of Personnel. Information on classifications/job grading appeals, is available from the Personnel Office

| 22. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

**23. Remarks**

**24. Description of Major Duties and Responsibilities (see attached)**

Rev. 4/86
86-P-2587 wd186

# JAMES YAN, M.D., Ph.D.
## NEUROLOGY
11119 Rockville Pike, Suite 320, Rockville, M.D. 20852. TEL. 301-468-1997 FAX. 301-468-1996

June 6, 2005

**Ref: Murray, Samuel**

To Whom It May Concern:

Mr. Samuel Murray is one of my patients. The patient sustained a severe car accident at work. He still has pain on the neck. He has difficulty turning his head. He should not drive public van until further notice. He has pain on both hands. He also has headache from time to time. However, He is able to go back to work on light duty. And gradually, he can go back to full duty.

Thanks,

James Yan, M.D.
Board certified in Neurology

p. 1

# JAMES YAN, M.D., Ph.D.
## NEUROLOGY
11119 Rockville Pike, Suite 320, Rockville, M.D. 20852. TEL. 301-468-1997 FAX. 301-468-1996

August 4, 2005

**Ref: Samuel Murray**

To Whom It May Concern:

Mr. Samuel Murray is one of my patients. He sustained significant injury before at work. He did not recover fully yet. He can't lift more than 30 lb. He should have no trouble to work all day. He should be able to go up and ladder, to reach up and down. He can't drive van/bus at work. He can drive his car to work. He can operate a lawn mower. I am not certain about how long he can't perform his routine job at this moment. Hopefully, he can go back to his routine job in few months.

Thanks,

James Yan, M.D.
Board certified in Neurology

**JAMES YAN, M.D., PH.D.**
**NEUROLOGY**
11119 Rockville Pike, #320 Rockville, MD 20852

TEL: (301) 468 - 1997                      Medical # 411500700
FAX: (301) 468 - 1996                     DEA No. BY 3494072

Name __Murray Samuel__            Date __7/8/05__

Address _____

**R** Mr. Murray is in my office today for eval. He still has significant pain. He should continue light-duty, not driving at work.

☐ Label  Short distance drive to work from
Refills 0 1 2 3 4 PRN    home is allowed _____

_____ M.D.

**JAMES YAN, M.D., PH.D.**
**NEUROLOGY**
11119 Rockville Pike, 4320 Rockville, MD 20852

TEL: (301) 468 - 1997
FAX: (301) 468 - 1996

Medical # 411500700
DEA No. BY3490072

Name _____Murray, Sam_____ Date _1/17/05_

Address _____

☐ Label
   Refills

℞ Mr. Murray is in my office
today. He is under my
care now)

_____ M.D.

**JA_ _S YAN, M.D.**
**11_ _9 ROCKVILLE PK #320**
**ROCKVILLE, MD 20852-3143**
**301-468-1997**

**Date 03-27-2006**

Patient Information
SAMUEL MURRAY
55 M. ST. NW
WASHINGTON DC 20001

TO WHOM IT MAY CONCERN:

I hereby certify the following statements for the patient listed above:

This patient has been UNABLE to return to work from 03-27-2006 to 03-31-2006

Signed : _____

Office of JAMES YAN, M.D.

JAMES YAN, M.D.
1119 ROCKVILLE PK #320
ROCKVILLE, MD 20852-3143
301-468-1997

Date 01-27-2006

Patient Information
SAMUEL MURRAY
55 M. ST. NW
WASHINGTON DC 20001

TO WHOM IT MAY CONCERN:

I hereby certify the following statements for the patient listed above:

This patient had an appointment in this office on 01-27-2006

This patient has been under my professional care for CHI WITH NO LOC

Signed : _____
              JAMES YAN, M.D.

# Rafael Lopez Steuart, M.D., F.A.C.S.

3 Washington Circle, Suite 110
Washington, D.C. 20037
Telephone (202) 429-3700    Facsimile (202) 429-3701
PRIVILEGED AND CONFIDENTIAL – NOT FOR REDISCLOSURE

PATIENT: Samuel Murray ACCT # 16139 DATE: FEB 0 1 2006

DIAGNOSIS: _____ sprain/strain        _____ tendinitis/bursitis        _____ fracture
_____ myofascial pain    _____ herniated disc          _____ arthritis
_____ other _____

## WORK/ACTIVITY STATUS:
_____ please excuse today/for appointments
__✗__ please excuse until 2|9|06
_____ excuse/disabled from _____ through _____
_____ patient has reached MMI
_____ AMA permanent impairment _____
_____ patient discharged from my care

_____ MODIFIED DUTY _____ FULL DUTY STARTING _____
_____ Spine Precautions
            no / limited   bending, stooping, climbing, stairs
            no / limited lifting or carrying, no more than _____ pounds
_____ Upper Extremity Precautions
            no / limited   use of   right / left   arm
            no / limited overhead work
_____ Lower Extremity Precautions
            no / limited   bending, stooping, climbing, stairs
            no / limited   use of   right / left   leg
_____ Cumulative Trauma Precautions
            no / limited   use of   right / left   arm/leg
            allow 10 minute breaks every hour
_____ ergonomic assessment
_____ sit down job only
_____ no sports or physical activity
_____ no driving
_____ other _____

If unable to provide light duty, please excuse from work. Please feel free to call if any other information is required.

Sincerely,

Rafael Lopez Steuart, M.D., F.A.C.S.
Assistant Clinical Professor of Orthopaedic Surgery
George Washington University

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supp. 990-2, S.2.P

# APPLICATION FOR LEAVE

INSTRUCTIONS: Please complete items 1-8 after reading the Privacy Act Statement shown below.

1. Name (Print or type—Last, First, M.I.)

Murray Samuel

2. Employee I.D. Number

8305

3. Organizational Unit

OHRS

| | | Month | Day | Hour | |
|---|---|---|---|---|---|
| 4-A | FROM: | 8 | 29 | 7:30 | A.M. P.M. |
| 4-B | TO: | 9 | 2 | 4:00 | A.M. P.M. |

8. Total Number of Hours: 40

5. [Hereby request] (If more than one box is checked, explain in item 6.)

Remarks:

☑ Annual Leave. (Annual leave requested may not exceed the amount available for use during the leave year.)  20

☐ Sick Leave. (Complete reverse side of form.)

☑ Leave Without Pay.

☐ Compensatory Time. 20

☐ Other. (Specify)

6. Remarks

7. Employee's Signature [signature]   8. Date 8-27-05

## OFFICIAL ACTION ON APPLICATION

☒ Approved    ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.)

Signature [signature]   Date 7-27-05

NSN 7540-00-753-5067

SF 71
(Revised 3-79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supp. 990-2, S1.2-0

# APPLICATION FOR LEAVE

71-112

**INSTRUCTIONS:** Please complete items 1-8 after reading the Privacy Act Statement shown below.

1. Name (Print or type—Last, First, M.I.)

Marlow Samuel

2. Employee I.D. Number

8305

3. Organizational Unit

HRS

| | 4-A | Month | Day | Hour |
|---|---|---|---|---|
| | FROM: 8 | 30 | 7:30 | P.M. A.M. |
| | TO: 9 | 8 | 4:00 | A.M. P.M. |

5. I hereby request (if more than one box is checked, explain in item 6.
Remarks):

☐ Annual Leave. (Annual leave requested may not exceed the amount
available for use during the leave year.)

Total Number of Hours: 56

6. Remarks:

☒ Sick Leave. (Complete reverse side of form.)

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other. (Specify)

7. Employee Signature

8. Date (Month, Day, Year)
8-8-05

## OFFICIAL ACTION ON APPLICATION

☒ Approved     Signature (Annual and sick leave requested and approved may not exceed the amount available for use during the leave year.)

Date (Month, Day, Year)
8-8-05

☐ Disapproved (If disapproved, give reason. If annual
leave, initiate action to reschedule.)

NSN 7540-00-753-5067

SF 71
(Revised 3/78)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supp. 990-2, 5 2.6

## APPLICATION FOR LEAVE

INSTRUCTIONS: Please complete Items 1-8 after reading the Privacy Act Statement shown below.

**1. Name** (Print or type—Last, First, M.I.)
Murray, Samuel

**Organizational Unit**
OMRS

**2. Employee I.D. Number**
8305

| | | Month | Day | Hour | |
|---|---|---|---|---|---|
| 4-A | FROM: | 8 | 29 | 7:30 | A.M. P.M. |
| 4-B | TO: | 9 | 2 | 4:00 | A.M. P.M. |

**Total Number of Hours**
40

**5.** (I hereby request/if more than one box is checked, explain in Item 6.)

☑ **Annual Leave.** (Annual leave requested may not exceed the amount available for use during the leave year.)
20

☐ **Sick Leave.** (Complete reverse side of form.)

☑ **Leave Without Pay.**

☑ **Compensatory Time.** 20

☐ **Other.** (Specify)

**6. Remarks**

**7. Employee's Signature**
Samuel Murray

**8. Date** (Mo., Day, Yr.)
8-29-05

## OFFICIAL ACTION ON APPLICATION

☑ Approved

☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.)

Supervisor: "Annual Leave approved... available for use during the leave year"

Signature / Date
7-27-05

NSN 7540-00-753-5067

APPLICATION FOR LEAVE

71-112

SF 71
(Revised 2/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supp. 990-2, S.1, 2.0

INSTRUCTIONS: Please complete items 1–8 after reading the Privacy Act Statement shown below.

1. Name (Print or type—Last, First, M.I.)

Murley Samuel

2. Employee I.D. Number

8305

3. Organizational Unit

DMS AS

| | 4–A | | | 4–C |
|---|---|---|---|---|
| | Month | Day | Hour | Total Number of Hours |
| 4–A FROM: | 10 | 3 | 10:30 A.M. | |
| 4–B TO: | 10 | 3 | 4:00 P.M. | 5 |

5. I hereby request (If more than one box is checked, explain in item 6, Remarks):

☐ Annual Leave. (Annual leave requested may not exceed the amount available for use during the leave year.)

☐ Sick Leave. (Complete reverse side of form.)

☐ Leave Without Pay.

✓ Compensatory Time.

☐ Other. (Specify)

6. Remarks

7. Employee's Signature

Samuel Murley

OFFICIAL ACTION ON APPLICATION

✓ Approved

☐ Disapproved (If disapproved, give reason. If annual or sick leave, initiate action to reschedule.)

8. Date (Month, Day, Year)
10-3-05

NSN 7540-00-753-5067

OFFICE OF PERSONNEL MANAGEMENT
FPM Supp. 990-2, S 7-9

# APPLICATION FOR LEAVE

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

1. Name (Print or type—Last, First, M.I.)

*Murray Samuel*

2. Employee I.D. Number

*8305*

3. Organizational Unit

*0425*

| | 4-A | Month | Day | Hour | A.M. | 4-C |
|---|---|---|---|---|---|---|
| 5. I hereby request (If more than one box is checked, explain in Item 6, Remarks): | FROM: | 11 | 18 | 3:00 | P.M. | Total Number of Hours |
| ☐ Annual Leave. (Annual leave requested may not exceed the amount available for use during the leave year.) | 4-B TO: | 11 | 18 | 4:00 | A.M. | 1 hr |
| | 6. Remarks | | | | | |

☐ Sick Leave. (Complete reverse side of form.)

☒ Leave Without Pay.

☐ Compensatory Time.

☐ Other. (Specify)

7. Employee's Signature

*Samuel Murray*

8. Date (Month, Day, Year)

*11-18-05*

## OFFICIAL ACTION ON APPLICATION

| ☐ Approved | ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.) | Signature (Annual leave approved may not exceed the amount available for use during the leave year.) | Date (Month, Day, Year) |
|---|---|---|---|

NSN 7540-00-753-5067

SF 71
(Revised 3/78)
OFFICE OF PERSONNEL MANAGEMENT
Fpm Supp. 990-2, S 2-P

# APPLICATION FOR LEAVE

INSTRUCTIONS: Please complete Items 1–8 after reading the Privacy Act Statement shown below.

| 1. Name (Print or type—Last, First, M.I.) | 2. Employee I.D. Number |
|---|---|
| Murray, Samuel | 6305 |

3. Organizational Unit

dm DUBB

4. (hereby request) make than one box is checked explain in item 6.

| | 4-A | | 4-B | | 4-C |
|---|---|---|---|---|---|
| | FROM: | | TO: | | Total Number of Hours |
| | Month | Day | Hour | Month | Day | Hour | |
| | 1 | 30 | 11:00 A.M. P.M. | 1 | 31 | 4:00 A.M. P.M. | 13 hr |

5. (hereby request)

Normal:

☑ Annual Leave (Annual leave requested may not exceed the amount available for use during the leave year.)

6. Remarks:

Submitting for first 2 hrs bunp not known

☑ Sick Leave. (Complete reverse side of form.)

☐ Leave Without Pay.

☑ Compensatory Time.

☐ Other. (Specify)

## OFFICIAL ACTION ON APPLICATION

| 7. Signature (Annual leave if approved may not exceed the amount available for use during the leave year.) | 8. Date (Month, Day, Year) |
|---|---|
| Employee's Signature: Samuel Murray | 2-3-06 |

☐ Approved

☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.)

NSN 7540-00-753-5067

71-112

NO.

NAME Mrs. S. Murray

PAY END. 9-2-04

Due to employee being on leave the 2nd week of the pay period, a time sheet was not completed for the 1st wk. Ms Goodwin as authorized employee to be paid for the first wk.

C.FS
PPe 9-4-04

9/7/04