AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

Samuel Whittney
55 M Street NW #206
Washington D.C 20001

V.

Department of Youth Rehabilitation Services
1000 Mount Oliver Road NE
Washington D.C 2c

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:06CV02013

JUDGE: Henry H. Kennedy

DECK TYPE: Employment Discrimination

DATE STAMP: 11/27/2006

**JURY ACTION**

TO: (Name and address of Defendant)

Vincent Schiraldi
Dept of Youth Rehabilitation Services
1000 Mount Oliver Road NE
Washington D.C 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Samuel Murray
55 M St NW #206
Washington D.C 20001

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

(By) DEPUTY CLERK                                    NOV 27 2006
                                                     DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12-1-06 |
| NAME OF SERVER *(PRINT)* Reginald Jackson | TITLE Private Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Dept. of Youth Rehabilitation Services

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Deborah Williams

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL $25.00 | SERVICES $25.00 | TOTAL $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-1-06
Date

Signature of Server

2737 31st Pl. N.E.
Wash. D.C. 20018
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.