UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL MURRAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF YOUTH<br>REHABILITATION SERVICES,<br><br>　　　　　Defendant. | Civil Action 06-02013  (HHK) |

ORDER DIRECTING PLAINTIFF TO RESPOND
TO DEFENDANT'S MOTION TO DISMISS

This matter comes before the court upon defendant's motion to dismiss plaintiff's complaint [#3], filed December 15, 2006. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, it is by the court this 19th day of December, 2006,

**ORDERED** that plaintiff file an opposition to defendant's motion [#3] on or before January 19, 2007. If plaintiff fails to file a response or opposition to defendant's motion by this deadline, the court may treat the motion as conceded and enter judgment in favor of defendant. *See* LCvR 7(b).

　　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge