UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAMUEL MURRAY,**<br><br>　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**DEPARTMENT OF YOUTH REHABILITATION SERVICES,**<br><br>　　　　　**Defendant.** | Civil Action 06-02013  (HHK) |

**ORDER**

This matter comes before the court upon defendant's motion to dismiss Plaintiff's complaint for failure to state a claim [#3], filed December 15, 2006.  Because plaintiff has filed an amended complaint, defendant's motion to dismiss the first complaint is moot.  Accordingly, it is this 24th day of January 2006, hereby

**ORDERED** that defendant's motion to dismiss [#3] is **DENIED** as moot.

　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge