UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL MURRAY, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 06-2013 |
| | ) Judge Kennedy |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please **ENTER** the appearance of Theresa A. Rowell, Assistant Attorney General, Office of the Attorney General, as counsel for defendant in the above-captioned matter, and **WITHDRAW** the appearance of Wendel V. Hall.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/ Kimberly M. Johnson
    KIMBERLY MATTHEWS JOHNSON
    Chief, General Litigation Section I
    Bar Number 435163

    /s/ Theresa A. Rowell
    THERESA A. ROWELL
    Assistant Attorney General
    Bar Number 462523
    441 Fourth Street, N.W., Suite 6S087
    Washington, D.C. 20001
    (202) 724-6539; (202) 727-3625 (fax)
    E-mail: Theresa.Rowell2@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant's Notice of Appearance was electronically filed and mailed, postage prepaid, on this   6th   day of  March, 2007, to:

.

Samuel Murray, pro se
55 M Street, N.W., #206
Washington, D.C.  20001


             /s/ Theresa A. Rowell
THERESA A. ROWELL
Assistant Attorney General