AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Samuel Murray
55 M Street, NW #206
Washington, D.C. 20001
         V.                Plaintiff

District of Columbia, et al
441 Fourth St. N.W.
Washington, DC 20002
         Defendants

**RECEIVED**
MAR 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:06CV02013 (HHK)

TO: (Name and address of Defendant)

District of Columbia Gov't
SERVE: Gale Rivers / Darlene Feilds / Tonya Robinson
441 4th St, N.W., #600 South
Washington, D.C. 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

/s/ La Janau Scott
(By) DEPUTY CLERK

MAR 0 1 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 03/21/2007 |
| NAME OF SERVER (PRINT) MARIBEL F. MURRAY | TITLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: D.C. GOVT 441 4th ST., NW #600 South, WASHINGTON, D.C. 20002

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | $35 | $35.— |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/21/2007    *Maribel Murray*
             Date          Signature of Server

3711 Kennedy Street
Hyattsville, MD 20782
Address of Server

**RECEIVED**
MAR 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.