UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL MURRAY, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 06-2013 |
| | ) Judge Kennedy |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) |
|     Defendants. | ) |

**DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION
FOR ENLARGEMENT OF TIME TO RESPOND TO THE AMENDED COMPLAINT**

Defendant District of Columbia ("Defendant"), through counsel and pursuant to 6(b) of the Federal Rules of Civil Procedure, hereby moves the court for an enlargement of time within which to respond to the amended complaint, up to and including May 21, 2007. In support of this motion, Defendant relies upon the attached memorandum of points and authorities of law.

Plaintiff consents to this motion.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

        /s/ Kimberly M. Johnson
    KIMBERLY MATTHEWS JOHNSON
    Chief, General Litigation Section I
    Bar Number 435163

        /s/ Theresa A. Rowell
THERESA A. ROWELL
Assistant Attorney General
Bar Number 462523
Suite 6S087
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6539
(202) 727-3625 (fax)
E-mail:  Theresa.Rowell2@dc.gov

Filed electronically this 20th day of April.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAMUEL MURRAY, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2013 |
| ) | Judge Kennedy |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
|     Defendants. ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF
TIME TO RESPOND TO THE AMENDED COMPLAINT**

Defendant District of Columbia ("Defendant"), through counsel and pursuant to 6(b) of the Federal Rules, hereby moves the court to enlarge the time to file a response to Plaintiffs' amended complaint, up to and including May 21, 2007. In support of this motion, Defendant states:

1. Plaintiff filed his initial complaint on November 27, 2007, alleging employment discrimination. Docket #1.

2. Defendant responded by filing a Motion to Dismiss on December 15, 2006. Docket #3. Prior to the Court ruling on the motion, plaintiff filed an amended complaint on January 29, 2007. Docket #5.

3. Undersigned entered her appearance in this case on March 5, 2007. Docket #7.

4. Undersigned counsel has not yet obtained documents that would enable her to respond to the complaint. Moreover, due to the press of business, including an upcoming trial on April 30, 2007, in *Martinez v. District of Columbia et al.,* 04-1151, Defendant is

requesting an additional 30 days to respond to the complaint, up to and including May 21, 2007.

5. No prejudice will occur if the deadline is extended, in order for the Defendant to file a response to plaintiffs' Complaint.

6. Plaintiff consents to this motion.

WHEREFORE, for the above-stated reasons, Defendant requests time to file its response to plaintiff's Complaint, up to and including May 21, 2007.

                Respectfully submitted,

                LINDA SINGER
                Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General, Civil Litigation Division


                   /s/ Kimberly M. Johnson
                KIMBERLY MATTHEWS JOHNSON
                Chief, General Litigation Section I
                Bar Number 435163

   /s/ Theresa A. Rowell
THERESA A. ROWELL
Assistant Attorney General
Bar Number 462523
Suite 6S087
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6539
(202) 727-3625 (fax)
E-mail:  Theresa.Rowell2@dc.gov