UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL MURRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2013 |
| ) | Judge Kennedy |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANT DISTRICT OF COLUMBIA'S
### MOTION TO DISMISS THE AMENDED COMPLAINT

Defendant District of Columbia ("Defendant"), by and through undersigned counsel, moves this Honorable Court for an order of dismissal, pursuant to Fed. R. Civ. P. 12(b)(5). In support of this motion, Defendant states that plaintiff has failed to properly serve the District of Columbia.

A Memorandum of Points and Authorities in support of this Motion is attached hereto.

Because this is a dispositive motion, no request for plaintiff's consent is required under Local Rule 7.1(m).

                                        Respectfully submitted,

                                        LINDA SINGER
                                        Attorney General for the District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General, Civil Litigation Division

                                        _____/s/ Kimberly M. Johnson_____
                                        KIMBERLY MATTHEWS JOHNSON
                                        Chief, General Litigation Section I
                                        Bar Number 435163

        /s/ Theresa A. Rowell
THERESA A. ROWELL
Assistant Attorney General
Bar Number 462523
Suite 6S087
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6539
(202) 727-3625 (fax)
E-mail: Theresa.Rowell2@dc.gov

Filed electronically: 5/21/07

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY on this  21st day of May, 2007, that a copy of the foregoing

Motion and Memorandum of Points and Authorities in Support of the Motion were mailed

postage prepaid to:

Mr. Samuel Murray, pro se
55 M Street, NW
Apartment 206
Washington, DC 20001

        /s/ Theresa A. Rowell
    Theresa A. Rowell
    Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL MURRAY,             ) | |
|             ) | |
|    **Plaintiff,**        ) | |
|             ) | |
| v.                             ) | Civil Action No. 06-2013 |
|             ) | Judge Kennedy |
|             ) | |
| THE DISTRICT OF COLUMBIA, *et al.,*   ) | |
|             ) | |
|    **Defendants.**      ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S
<u>MOTION TO DISMISS THE AMENDED COMPLAINT</u>**

*Procedural Posture*

Plaintiff initially filed his complaint on November 27, 2006, against the Department of Youth Rehabilitation Services. Plaintiff's complaint consisted of a list of causes of action, a demand for information under the Freedom of Information Act, and certain medical notes. *See* Complaint, generally, Docket #1. Plaintiff's complaint did not indicate a basis for the Court's jurisdiction nor provide a short and plain statement of a claim showing that the claimant was entitled to relief.

On December 15, 2006, Defendant filed a motion to dismiss for failure to state a claim upon which relief can be granted. Docket #3. Prior to the Court's ruling on Defendant's motion, on January 19, 2007, plaintiff filed his First Amended Complaint against Monica Bennett, District of Columbia Government, and the Department of Youth Rehabilitation Services. Docket #5. Thereafter on January 24, 2007, the Court denied as moot Defendant's motion to dismiss. Docket #6.

3

After plaintiff filed his first amended complaint, one summons was issued as to the District of Columbia Government. Docket, 3/1/07. Plaintiff filed a return of service/affidavit on March 21, 2007, attesting that the D.C. government was personally served at 441 4th Street, N.W., #600 South, Washington, D.C. 20002. Docket #8. As set forth below, plaintiff has failed to properly serve the District of Columbia, and dismissal is appropriate.

*Argument*

Plaintiff has failed to properly serve the District of Columbia. Fed. R. Civil P. 4(j)(2) (emphasis added) states:

> Service upon a state, municipal corporation, or other governmental organization subject to suit shall be effected by delivering a copy of the summons and of the complaint to its **chief executive officer** or by serving the summons and complaint in the manner prescribed by the law of that state for the service of summons or other like process upon any such defendants.

In this case, the Court issued one summons as to the District of Columbia Government. Docket, March 1, 2007. Plaintiff delivered the summons to the Office of the Attorney General, 441 4th Street, N.W., 600 South, Washington, D.C. Docket #8. The summons instructed that service be made on "Gale Rivers/Darlene Fields/Tonya Robinson." Docket #8.

Fed. R. Civil P. 4(j)(2) is clear on its face, the chief executive officer for the District of Columbia must be served or service must be effected in accordance with state law. Mayor Adrian Fenty is the chief executive officer for the District of Columbia. Plaintiff failed to deliver a copy of the summons and complaint to the Mayor pursuant to Fed. R. Civil P. 4(j)(2). Under the District of Columbia Superior Court Rules of Civil Procedure, plaintiff must serve the summons, complaint, and initial order on both the Mayor of the District of Columbia and the Attorney General of the District of Columbia, in order to perfect service. *See* SCR-Civil 4(j) (2001 ed.). Because plaintiff failed to serve the Mayor, as prescribed by the rules, and/or failed to

4

effect service upon the District in accordance with SCR-Civil 4(j), plaintiff's claim must be dismissed.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Kimberly M. Johnson
        KIMBERLY MATTHEWS JOHNSON
        Chief, General Litigation Section I
        Bar Number 435163

        /s/ Theresa A. Rowell
        THERESA A. ROWELL
        Assistant Attorney General
        Bar Number 462523
        Suite 6S087
        441 Fourth Street, N.W.
        Washington, D.C. 20001
        (202) 724-6539
        (202) 727-3625 (fax)
        E-mail: Theresa.Rowell2@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL MURRAY, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2013 |
| ) | Judge Kennedy |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
|     Defendants. ) | |
| _____) | |

### ORDER

Upon consideration of Defendant District of Columbia's Motion to Dismiss the Amended Complaint, Memorandum of Points and Authorities, any opposition thereto, and the record herein, it is this ____ day of _____, 2007,

**ORDERED**, that Defendant 's motion be and hereby is **GRANTED** for the reasons set forth therein**;** and it is

**FURTHER ORDERED**, that the Plaintiff's Amended Complaint against Defendant District of Columbia is hereby **DISMISSED**.

                                                                           _____
                                                                            JUDGE

Copies to:

Theresa A. Rowell
Assistant Attorney General
Office of the Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, D.C.  20001

Mr. Samuel Murray, pro se
55 M Street, NW
Apartment 206
Washington, DC 20001