UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL MURRAY,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF YOUTH<br>REHABILITATION SERVICES,<br><br>    Defendant. | Civil Action 06-02013  (HHK) |

ORDER DIRECTING PLAINTIFF TO RESPOND
TO DEFENDANT'S MOTION TO DISMISS

This matter comes before the court upon Defendant's motion to dismiss Plaintiff's amended complaint [#10], filed May 21, 2007.  In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case."  *Id.* at 509.

Accordingly, it is this 24th of May, 2007, hereby

**ORDERED** that Plaintiff file an opposition to Defendant's motion on or before June 20, 2007.  If Plaintiff fails to file a response or opposition to Defendant's motion by this deadline, the court may treat the motion as conceded and enter judgment in favor of Defendant.  *See* LCvR 7(b).

Henry H. Kennedy, Jr.<br>
United States District Judge