UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMUEL MURRAY                              :

      Plaintiff                          :

      v.                                 :        Civil Action No: 06-2013
                            :        Judge Kennedy

DISTRICT OF COLUMBIA, et. al.,             :

      Defendants                         :

_____:_____

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS.

COMES Now Plaintiff, Samuel Murray, pro se, and respond to the Defendant

District of Columbia's Motion To Dismiss Plaintiff's Complaint, as follows:

1)      That the Plaintiff has served the Mayor of the District of Columbia. (See

Plaintiff's Exhibit # 1, attached hereto and incorporated by reference.).

2)      That the Plaintiff was informed by the Office of the General Counsel that in order

to serve the District of Columbia he had to serve the administrative Officers in the Office

of the General Counsel

3)      Further, the Plaintiff was provided with the names of the administrative officers

that he had to serve in the Office of the Corporation Counsel.

4)      Further, counsel for the District of Columbia, contacted the plaintiff and requested

additional time to respond to the complaint, however instead of respond to the complaint,

counsel file the Motion To Dismiss plaintiff's complaint.

Therefore, the plaintiff having served the mayor of the District of Columbia, the



RECEIVED

JUN 1 9 2007

NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

Plaintiff has complied and the Defendant District of Columbia Motion should be dismiss.

Respectfully Submitted

_____
Samuel Murray, pro se.

## POINTS AND AUTHORITIES.

1)      The civil Rules of the court.

2)      The entire record herein.

3)      The Equitable Power of the Court.

_____
SAMUEL MURRAY, pro se.

## CERTIFICATE OF SERVICE.

I, Samuel Murray, hereby certify that I mailed a copy of the foregoing Response To

Defendant District of Columbia Motion To Dismiss, to Defendant's Counsel at the

following address:

Theresa A. Rowell, Esquire
Assistant Attorney General
Office of The Attorney General
441 Fourth Street, Northwest
Suite 6S087
Washington, D.C 20002

_____
Samuel Murray, pro se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

                              :

SAMUEL MURRAY

        Plaintiff                  :

        v.                                  **Civil Action No: 06-2013**
                                  :      **Judge Kennedy**

DISTRICT OF COLUMBIA, et. al.,

        Defendants           :

_____:_____

ORDER

Upon consideration of Defendant's Motion To Dismiss, and Plaintiff's Opposition to Defendant's Motion To Dismiss thereto, it is this _____ day of _____, 2007, hereby,

**ORDERED** that plaintiff's affidavit of service be and is hereby accepted, and the Defendant District of Columbia be and is hereby deemed served;

**FURTHER ORDERED,** that Defendant Motion To Dismiss be and is hereby **DIMSISSED;**

**FURTHER ORDERED,** that Defendant District of Columbia shall file an answer to Plaintiff's complaint.

_____
**UNITED STATES DISTRICT COURT JUDGE**

Samuel Murray                Theresa Rowell, Esquire
55 M Street, NW              Assistant Attorney General
Apartment # 206              441 Fourth Street, NW
Washington, D.C. 20001        Sixth Floor South
                                Washington, D.C. 20001

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-19-07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Willie Price | |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: *Mayor office 1350 Penn ave nw* 4th Floor

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Tabutha*

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-19-07
_____
Date

_____
Signature of Server

*5324 4st n.w Wash D.C 30011*
Address of Server

## RECEIVED

JUN 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.