UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL MURRAY, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 06-2013 |
| | ) Judge Kennedy |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) |
|     Defendants. | ) |

**DEFENDANT DISTRICT OF COLUMBIA'S MOTION
FOR ENLARGEMENT OF TIME TO
REPLY TO PLAINTIFF'S RESPONSE
TO DEFENDANT'S MOTION TO DISMISS**

Defendant District of Columbia ("Defendant"), through counsel and pursuant to 6(b) of the Federal Rules of Civil Procedure, hereby moves the court for an enlargement of time within which to respond to the amended complaint, up to and including July 11, 2007. In support of this motion, Defendant relies upon the attached memorandum of points and authorities of law.

Undersigned counsel was unable to contact Plaintiff at the time this motion was filed. As such, Plaintiff's position is unknown as to the relief requested.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


    /s/ Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation Section I
Bar Number 435163

        /s/ Theresa A. Rowell
THERESA A. ROWELL
Assistant Attorney General
Bar Number 462523
Suite 6S087
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6539
(202) 727-3625 (fax)
E-mail:  Theresa.Rowell2@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL MURRAY, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2013 |
| ) | Judge Kennedy |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
|     Defendants. ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF DEFENDANT'S MOTION FOR ENLARGEMENT OF
TIME TO REPLY TO PLAINTIFF'S RESPONSE TO
DEFENDANT'S MOTION TO DISMISS**

Defendant District of Columbia ("Defendant"), through counsel and pursuant to 6(b) of the Federal Rules, hereby moves the court to enlarge the time to file a response to Plaintiffs' amended complaint, up to and including July 13, 2007. In support of this motion, Defendant states:

1. Defendant filed a Motion to Dismiss on May 21, 2007. On May 24, 2007, the Court ordered Plaintiff to respond to Defendant's Motion to Dismiss by June 20, 2007. Plaintiff subsequently filed his response on June 19, 2007.

2. Undersigned counsel will be out of the office from June 22, 2007, and will return to the office on July 2, 2007, and is requesting up to and including July 13, 2007 to file the reply.

3

WHEREFORE, for the above-stated reasons, and because there would be no prejudice of any kind to any of the parties, Defendant requests up to and including July 13, 2007 to file its reply to Plaintiff's Response to Defendant's Motion to Dismiss.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division


    _____/s/ Kimberly M. Johnson_____
    KIMBERLY MATTHEWS JOHNSON
    Chief, General Litigation Section I
    Bar Number 435163


    _____/s/ Theresa A. Rowell_____
    THERESA A. ROWELL
    Assistant Attorney General
    Bar Number 462523, Suite 6S050
    441 Fourth Street, N.W.
    Washington, D.C. 20001
    (202) 724-6539
    (202) 727-3625 (fax)
    E-mail: Theresa.Rowell2@dc.gov