IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL MURRAY ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-2013 |
| v. ) | Judge Kennedy |
| ) | |
| THE DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**DEFENDANT DISTRICT OF COLUMBIA'S
REPLY TO PLAINTIFF'S RESPONSE TO
DEFENDANT'S MOTION TO DISMISS**

Defendant District of Columbia ("District"), by and through undersigned counsel, replies to Plaintiff's Response to Dismiss Plaintiff's Complaint as follows:

Plaintiff has not perfected service on the District pursuant to the Rules[1]. Plaintiff contends that he served the Mayor of the District of Columbia and refers to Exhibit 1 of his response, which purports to be an affidavit of service. *See* Docket #12, Exhibit 1. The document does not specifically state sufficient facts for which the Court can determine that the person to whom process was delivered meets the appropriate qualifications for receipt of process for the Mayor. The document simply states that it was left with "Tabutha." There are not sufficient facts for the Court to determine that the person to whom process was delivered meets the appropriate qualifications for receipt of process.

Since Plaintiff has failed to properly serve the District, the Complaint should be dismissed.

---

[1] Pursuant to Fed. R. Civil P. 4(j)(2), the chief executive officer for the District of Columbia must be served or service must be effected in accordance with state law. *See* Docket #10, Def. Motion to Dismiss, p. 4-5.

Respectfully submitted

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


  /s/ Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation Section I
Bar Number 435163



          /s/ Theresa A. Rowell
THERESA A. ROWELL
Assistant Attorney General
Bar Number 462523
441 Fourth Street, N.W., Suite 6S087
Washington, D.C. 20001
(202) 724-6539; (202) 727-3625 (fax)
E-mail:  Theresa.Rowell2@dc.gov


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of July, 2007, that a copy of

Defendant District of Columbia's Response to Plaintiff's Response to Defendant's

Motion to Dismiss was mailed postage prepaid to:

Mr. Samuel Murray, pro se
55 M Street, N.W.
Apartment 206
Washington, D.C. 20001



          /s/ Theresa A. Rowell
THERESA A. ROWELL
Assistant Attorney General