# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAMUEL MURRAY, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al., )<br>)<br>  Defendant. ) | Civil Action No. 1:06-cv-02013 (HHK) |

## NOTICE OF ENTRY AND WITHDRAWAL OF APPEARANCE

Will the Court please substitute the appearance of Assistant Attorney General Michelle Davy for the Defendants herein, vice Wendel Hall and Theresa Rowell.

Date: October 18, 2007

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

  /s/
KIMBERLY MATTHEWS JOHNSON, #435163
Chief, General Litigation Sec. I

  /s/
MICHELLE DAVY, #454524
Assistant Attorney General
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-3625 (fax)
E-Mail: michelle.davy@dc.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 18th day of October, 2007, that a copy of the foregoing Notice of Entry and Withdrawal of Appearance was delivered through ECF or email to:

>Mr. Samuel Murray
>55 M Street, N.W.
>Apartment 206
>Washington, D.C.  20001

_____/s/_____
Michelle Davy
Assistant Attorney General