UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMUEL MURRAY

    Plaintiff

v.   Civil Action No: 1:06CV0213
    Judge Henry H. Kennedy

DISTRICT OF COLUMBIA, ET. AL

    Defendants

Plaintiff Samuel Murray request that the Court enter a default judgment against the Defendant, District of Columbia Government as a result of their failure to answer the complaint within the time period, as required by the Rules of the Court.

*/s/ Samuel Murray*
SAMUEL MURRAY

**RECEIVED**

OCT 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT