UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMUEL MURRAY

    Plaintiff

vs.                                      Civil Action No: 06-2013 (HHK)

DISTRICT OF COLUMBIA, et. al.

    Defendants

## PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE. FOR SUMMARY JUDGMENT.

COMES Now Plaintiff Sammuel Murray, and respect fully request that the Court dismiss the Defendants' Motion To Dismiss or in the Alternative for Summary Judgment and as grounds thereof state the following.

    1)    I was not aware that the Attorney for the District of Columbia had filed any papers in this case. I was never served with

any papers indicating that there was a new attorney in this case.

    2)    I was never provided a copy of the papers filed by Attorney Davy in this case.

    3)    I was not aware that the District of Columbia filed a Motion since a copy of the motion was not mailed to me at my address.

    4)    I was only made aware of the motion when I came to court to check on my request for a default judgment, and was informed that there was a motion that was filed by the District of Columbia.

1

**RECEIVED**

JAN 1 1 2008

**NANCY** MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Therefore, I am requesting that the Court dismiss the District of Columbia 's Motion asa result of their failure to serve me with a copies of the papers they have filed in this case.

Sincerely

_____
SAMUEL MURRAY

## POINTS AND AUTHORITIES.

1) The Rules of the Court.

2) The record in this case.

_____
SAMUEL MURRAY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was mailed to:

> Michelle Davy, Esquire
> Office of the Attorney General for the Distric of Columbia
> Sixth Floor South
> 441 Fourth Street, NW
> Washington, D.C. 20001

On this 8th, day of January 2008.

_____
SAMUEL MURRAY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SAMUEL MURRAY**

**Plaintiff**

vs.                                                              Civil Action No: 06-2013 (HHK)

**DISTRICT OF COLUMBIA, et. al.**

**Defendants**

**ORDER**

Upon consideratyion of plaintiff Samuel Murray's motion to dismiss the District of Columbia's motion, and any opposition hereto, and the entire record herein, it is by the Court this _____ day of _____, 2008, hereby **ORDERED**

that the plaintiff motion to dismiss be, and is hereby GRANTED; an it is hereby **ORDERED**

that the defendant District of Columbia Motion is hereby dismiss as a result of their failure to serve the plaintiff with a copy of the motion as requred by the rules of the court.

**SO ORDERED.**

**JUDGE HENRY H. KENNEDY, JR.**

cc:
Michelle Davy, Esq.
Office of the Attorney General for the District of Columbia
Sixth Floor South
441 4th, Street, NW
Washington, D.C. 20001

Samuel Murray
55 M Street, NW
Apartment 206
Washington, D.C. 20001