RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT

2008 FEB 00 AM 10:18

FILING DEPOSITORY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL MURRAY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-2013 (HHK) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) |
| Defendants. | ) |

### EXTENSION OF TIME

Plaintiff Samuel Murray request of the court an extension of time to respond to the Defendant's Motion within the time period, as required by the Rules of the Court.

*/s/ Samuel Murray*
SAMUEL MURRAY

**RECEIVED**

FEB 19 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMUEL MURRAY

    Plaintiff

v.       Civil Action No: 06 – 2013 (HHK)

DISTRICT OF COLUMBIA, et. al;

    Defendants

## PLAINTIFF'S OPPOSITION TO DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO DISMISS, OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT.

COMES Now Plaintiff, pro se and respectfully submits Plaintiff's opposition to Defendants' Motion To Dismiss or in the alternative for Summary Judgment, and as grounds thereof states the following:

a)     That the Plaintiff has exhausted his administrative remedies prior to filing this action in the United States District Court For the District of Columbia.

b)     That after having exhaust his administrative remedies, Plaintiff received a right to sue letter from the Equal Employment Opportunity Commission.

c)     That the Defendant had notice of all complaints filed by the Plaintiff.

WHEREFORE, the premises considered, Plaintiff respectfully request that the Court deny Defendant District of Columbia's Motion To Dismiss or in the alternative for Summary Judgment.

Respectfully submitted

*Samuel Murray*

Samuel Murray, pro se
55 M Street, N.W. # 206
Washington D.C. 20001
(202) – 829 – 1212

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMUEL MURRAY

    Plaintiff

v.                                  Civil Action No: 06-2015 (HHK)

DISTRICT OF COLUMBIA, ET. AL;

    Defendants

## PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS.

1) That on April 2005, the Plaintiff filed an administrative complaint with the DC Office of Human Rights. (See Exhibit A).

2) That administrative complaint file with the DC Office of Human Rights was cross-filed with the Equal Employment Opportunity Commission. (See Plaintiff's Exhibit # A & B ).

3) That the findings by the DC Office of Human Rights was adopted by the Equal Employment Opportunity Commission. (See Exhibit # C).

4) That on the basis of the investigations and conclusions reached by the DC Office of Human Rights, the Equal Employment Opportunity adopted the findings and issued a right – to – Sue letter to the Plaintiff. (Exhibit # C ).

5) The Plaintiff has exhausted his administrative remedies. (Exhibits # A, B, & C).

6) That the Defendant has been on notice and has been in receipt of copies of all administrative complaints filed by the Plaintiff, has been in receipt of copies of all

findings filed by the Internal Investigative Office of the Department, the DC Office of Human Rights, and the Equal Employment Opportunity Commission.

                                                            Samuel Murray, pro se.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMUEL MURRAY

    Plaintiff

v.     Civil Action No: 06 – 2013 (HHK)

DISTRICT OF COLUMBIA, Et. AL;

    Defendants

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF PLAINTIFF'S OPPOSITION TO DEFENDANT DISTRICT OF COLUMBIA.
MOTION.

In filing a complaint of discrimination in the United States District Court based on a title VII violation, the Plaintiff is required to exhaust his or her administrative remedies.

In the present matter before the Court the Plaintiff has exhausted his administrative remedies. The Plaintiff filed an administrative complaint with the Department, and said complaint was investigated by the Office of Investigative Compliance, (OIC). On the basis of the decision reached by the OIC, the Plaintiff then filed a formal administrative complaint with the DC Office of Human Rights. The Director of the Department received a copy of the investigative report, but the Plaintiff did not receive a copy of the report from OIC. At the conclusion of the investigation by the DC Office of Human Rights the Plaintiff and the Director of the Department received a copy of the findings by certified mail from the DC Office of Human Rights.

The Equal Employment Opportunity Commission adopted the findings of the DC Office of Human Rights. Pursuant to the findings adopted by the Equal Employment Opportunity Commission from the DC Office of Human Rights, the Equal Employment Opportunity Commission issued Plaintiff a right to sue letter. The Director of the DC Department of Youth Rehabilitation Services was mailed a certified copy of the notice of the right to sue letter.

Pursuant to Title VII, the Plaintiff has complied with the requirements that he exhaust his administrative remedies prior to maintaining an action in the United States District Court. Further, the Defendant has been in receipt of all complaints filed by the Plaintiff at the administrative level, and has been in receipt of copies of all of the complaints, findings, and the right to sue letter by the Equal Employment Opportunity Commission.

In conclusion, the Plaintiff is in compliance with the provision the he exhaust all administrative remedies, and the Defendant was on notice that the Plaintiff has exhausted his administrative remedies. Therefore the Defendant Motion should be denied.

Respectfully submitted

Samuel Murray, pro se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMUEL MURRAY

    Plaintiff

v.                              Civil Action No:06-2013 (HHK)

DSITRICT OF COLUMBIA, ET. AL,

    Defendants

## ORDER

This matter having come before the Court on Defendant District of Columbia's Motion To Dismiss or alternatively for Summary Judgment, and Plaintiff's Opposition, it is this _____ day of _____, 2008:

ORDERED, that Defendant District of Columbia's Motion To Dismiss or in the alternative for Summary Judgment be and is hereby denied.

FURTHERNORDERED, that Defendant shall filed an answer to the Plaintiff's complaint within ten (10) days from the date of this order.

                                                              JUDGE HENRY H. KENNEDY

cc:    Samuel Murray
       55 M Street, NW, # 206
       Washington, D.C. 2001

Michelle Davy
Assistant Corporation Counsel
441 4th Street, NW
Sixth Floor South
Washington, D.C. 20001

## CERTIFICATE OF SERVICE.

I hereby certify that a copy of the Plaintiff's foregoing Opposition, Points and Authorities and proposed Order was mailed postage prepaid to:

>Michelle Davy
>Assistant General Counsel
>Sixth Floor
>441 4th Street, NW
>Washington, D.C. 20001

On this 19th, day of February, 2008.

_____
SAMUEL MURRAY, pro se.