UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL MURRAY | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 06CV02013 (HHK) |
| | ) |
| DEPARTMENT OF YOUTH | ) |
| REHABILITATION SERVICES | ) |
| | ) |
| Defendant. | ) |

NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant Attorney General Melvin W. Bolden, Jr as counsel for the defendant. The Clerk is also requested to withdraw the appearance of Assistant Attorney General Theresa Ann Rowell.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson
_____
KIMBERLY M. JOHNSON (# 435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (# 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695
(202) 727-3625 -FAX

CERTIFICATE OF SERVICE

      I certify that on the this 23rd day of May, 2008, a copy of the foregoing Notice of Appearance was electronically served on Samuel Murray, Pro Se. .

                Melvin W. Bolden, Jr.
                _____
                Melvin W. Bolden, Jr.
                Assistant Attorney General

.