## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAMUEL MURRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action No. 1:06-cv-02013 (HHK) |
| DEPARTMENT OF YOUTH | ) | |
| REHABILITATION SERVICES, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### NOTICE OF ENTRY OF APPEARANCE

The Clerk of said Court will please **enter** the appearance of Darrell Chambers on behalf of the Defendants District of Columbia and Monica Bennett and please strike the appearances of Melvin Bolden and Michelle Davy.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Kimberly M. Johnson
KIMBERLY M. JOHNSON [435163]
Chief, General Litigation Sec. I

/s/ Darrell Chambers
DARRELL CHAMBERS [980872]
Assistant Attorney General
441 4TH Street, N.W., 6th Floor South
Washington, D.C.  20001
202-724-6539
e-mail: darrell.chambers@dc.gov